# EXHIBIT 2
# Declaration of Collin M. Jayne

**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
CA SBN 271161
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
*Attorney for Movant Interior Electric Incorporated Nevada*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Movant,<br><br>vs.<br><br>MELINDA BEVERLY; and SCHIFF & SHELTON, ATTORNEYS AT LAW,<br><br>Respondents. | Case No.:<br><br>**DECLARATION OF COLLIN M. JAYNE, ESQ. IN SUPPORT OF MOVANT INTERIOR ELECTRIC INCORPORATED NEVADA'S MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENAS *DUCES TECUM***<br><br>Related to Action Pending in the U.S. District Court for the District of Nevada, 2:18-cv-01118-JAD-VCF |

I, Collin M. Jayne, Esq., declare, pursuant to 28 U.S.C. § 1746 and Cal. Civ. Code § 2015.5, under penalty of perjury under the laws of the State of California, that the following is true and correct:

1. I am an Associate Attorney with the law firm of Marquis Aurbach Coffing, duly licensed to practice law in the State of Nevada, am over the age of 18 years, and I have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true. I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

2. I am counsel for Movant Interior Electric Incorporated Nevada ("Movant") in the underlying matter to which this matter relates, *Interior Electric Incorporated Nevada v. T.W.C. Construction, Inc. et al.*, Case No. 2:18-cv-01118-JAD-VCF (D. Nev.).

3. I make this Declaration in support of Movant's Motion to Compel Compliance with Rule 45 Subpoenas *Duces* ("Motion").

4. On or about January 16, 2020, our office issued and caused to be served subpoenas *duces tecum* ("Subpoenas") to Melinda Beverly ("Ms. Beverly") and Schiff & Shelton, Attorneys at Law ("S & S," and with Ms. Beverly, the "Subpoenaed Parties").

5. On June 8, 2020, I sent my first email to Ralph Shelton, Esq. ("Mr. Shelton") to confirm whether he represented Ms. Beverly.

6. On June 11, 2020, Mr. Shelton instructed me to call him after 10:00 a.m. the following day.

7. The next day, on June 12, I attempted, unsuccessfully, to contact Mr. Shelton via telephone, so I emailed him, outlining the issues and our discovery requests, and I asked when he would be available the following week.

8. A true, accurate, and authentic copy of the emails memorializing the foregoing events, as maintained in the ordinary course of Marquis Aurbach Coffing's business, is attached hereto as **Exhibit 2-1**.

9. On June 15, 2020, I followed up on my June 12 email, and Mr. Shelton responded, so we scheduled a meet and confer call to occur Thursday, June 18, 2020, at 12:00 p.m. in ordered to discuss the Subpoenaed Parties' respective responses, or lack thereof, to the Subpoenas.

10. On June 18, 2020, my colleague and Marquis Aurbach Coffing Shareholder, Chad F. Clement, Esq., and I called Mr. Shelton to conduct our meet and confer to address the deficient response from Ms. Beverly and the complete failure to respond by Schiff & Shelton.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

11. During that meet and confer, we had a lengthy conversation in which Mr. Shelton acknowledged that it seemed Ms. Beverly did not produce everything responsive in her possession, custody, or control, and Mr. Shelton committed to working with Ms. Beverly in order to produce the remaining documents to Movant in the couple of weeks thereafter.

12. On June 29, 2020, having received no responsive documents, I tried calling Mr. Shelton but was unable to get through, so I emailed him to follow up on his progress in gathering, reviewing, organizing, and producing the records he acknowledged to exist but which had not been produced.

13. On or about July 8, 2020, I was finally able to reach Mr. Shelton on the telephone, and he told me that Ms. Beverly was almost done gathering documents, but she needed one more week.

14. On July 16, I emailed Mr. Shelton again in order to follow up on our last call, and he responded saying that Ms. Beverly had indicated that she had basically completed her search for documents but was not feeling well, so he said he would follow up with her the next day.

15. From approximately July 17, 2020, through August 3, 2020, I called Mr. Shelton at least six times, but I was unsuccessful in every attempt to contact him during those attempts.

16. Then, on August 3, 2020, Mr. Shelton left me a voice message requesting I return his call, but providing no other information.

17. On August 4, I attempted to call Mr. Shelton but was unable to reach him, and so I emailed Mr. Shelton again, explaining that I was checking in for an update because I had not been able to reach him on the phone.

18. On or about August 6, I called Mr. Shelton again, at which time he represented that everything was basically together, and he was just reviewing it and should be done in the following week.

19. In our August 6 conversation, I asked Mr. Shelton if he could send us even a portion of the responsive documents in order to temporarily appease Movant, and Mr. Shelton indicated he would see what he could do.

20. Receiving no response after a full week, I sent another email to Mr. Shelton on August 13, 2020, and again on September 1, 2020, addressing the Subpoenaed Parties' failures to produce the expected documents by explaining the history of our exchanges, and demanded that he produce the documents by September 4, 2020, before Movant intended to pursue court intervention.

21. At no time has either of the Subpoenaed Parties stated any objection to the Subpoenas.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. This declaration is executed on this 6th day of October, 2020, in Las Vegas, Nevada.

Dated this 6th day of October, 2020.

/s/ Collin M. Jayne
Collin M. Jayne, Esq.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

# EXHIBIT 2-1
# Emails Re: Response to Subpoena

**Leah Dell**

**From:** Collin M. Jayne
**Sent:** Friday, June 12, 2020 5:18 PM
**To:** 'ralph@schiff-shelton.com'
**Cc:** Chad F. Clement; Cody Mounteer
**Subject:** RE: [External] Re: [External] Re: [External] Re: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]
**Attachments:** 2020-01-16 Notice of Intent to Issue Subpoenas Duces Tecum - Melinda Beverly & Schiff & Shelton, Attorneys at Law.PDF; Melinda Bevery Response to Subpoena 2020-02-06.pdf; Laurie Schiff Response to Subpoena 2020-01-23.pdf; Melinda Mark texts 2018.pdf; October 2019 Melinda email.pdf; 2020 texts from Melinda.pdf

Mr. Shelton,

I tried to call this morning and was told you were unavailable. I think it would be more productive if we schedule a time for next week. When would you be available on Monday or Tuesday?

Also, so that we are on the same page of what we want to discuss, I am attaching several things here:

- First, I'm attaching the subpoenas we sent to Melinda and to your firm, which ask for any communications with Matt Ryba, TWC Construction, or any person affiliated with TWC Construction, regarding Mark Beverly, Interior Electric, or any other person affiliated with Interior Electric.
- Second, I'm attaching Melinda's response, which contained only a short, five-text conversation between her and Matthew Ryba dated August 2019.
- Third, I'm attaching the response from Laurie Schiff, essentially stating that she did not know who we were talking about, and thus your firm has no responsive documents. In a follow-up conversation with Chad Clement from my office, Ms. Schiff confirmed that your firm had not received any communications from TWC Construction. Other than being cc'd on her email, I do not know if you were involved in that discussion.
- Fourth, we know that our client, Mark Beverly, received several texts from Melinda in the past that establish, pretty obviously, that there are more communications that were not produced. We have found at least two instances of this:
    - On October 8, 2018, Melinda texted Mark stating that someone from TWC Construction had contacted her about Mark Beverly and/or Interior Electric's billing practices. It is reasonable to believe that such detailed information was given in writing, rather than via a phone call. Those 2018 texts are attached here.
    - In October 2019, Melinda emailed Mark stating that her attorney had received "many documents."
    - In January 2020, Melinda texted Mark screenshots of a communication that is plainly from someone with intimate knowledge of TWC and Interior Electric's work together. She informed Mark that this was only "part of the information I received," and that it was "just a snippet of what was sent to the attorney..." These 2020 texts, including the screenshots she sent to Mark, are also attached here.

My following up with Melinda this week is based on the text messages and emails detailed above, which give us good cause to believe that she has not produced all responsive documents. Further, because she stated that at least some communications were sent to her attorney, we have reason to believe that you may have some communications that are responsive (and I realize that Ms. Schiff may simply not have known about them in January). This is what we would like to discuss on our call.

Please let me know what your availability is. I look forward to resolving this with you soon.

Exhibit 2
007



**Collin M. Jayne, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6095
f | 702.382.5816
cjayne@maclaw.com
maclaw.com

**Please consider the environment before printing this e-mail!**
DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach Coffing - Attorneys at Law

**From:** Ralph C. Shelton II, Esq. <ralph@schiff-shelton.com>
**Sent:** Thursday, June 11, 2020 4:59 PM
**To:** Collin M. Jayne <Cjayne@maclaw.com>
**Subject:** [External] Re: [External] Re: [External] Re: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]

It would. I'll be in the office after 10, and in and out with conference calls and a lunch meeting. If needed you can catch me on my mobile at 714-269-8359

Ralph C. Shelton II, Esq.
SCHIFF & SHELTON
3700 Campus Drive
Suite 202
Newport Beach, CA 92660
(949)417-2211
(949)417-2212 Fax

Privileged And Confidential Communication: This email and any attachments (1) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (2) may contain confidential or legally privileged information, and (3) are for the sole use of the intended recipient named above. If you receive this email in error, please notify the sender and delete. Any disclosure, copying, distribution, or use of information received in error is strictly prohibited. Tax advice disclosure: To ensure compliance with Treasury Department Circular 230, we inform you that unless otherwise specified, any federal tax advice contained in this email or any attachments is not intended for and cannot be used for the purpose of (1) avoiding penalties under the IRS Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

On 6/11/2020 4:30 PM, Collin M. Jayne wrote:

Understood. I should be in the office all day tomorrow, what would be a good time for me to call?

**Collin M. Jayne, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6095
f | 702.382.5816
cjayne@maclaw.com
maclaw.com

**Please consider the environment before printing this e-mail!**
DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach Coffing - Attorneys at Law

**From:** Ralph C. Shelton II, Esq. <ralph@schiff-shelton.com>
**Sent:** Thursday, June 11, 2020 11:40 AM
**To:** Collin M. Jayne <Cjayne@maclaw.com>
**Subject:** [External] Re: [External] Re: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]

I do, and I think we should discuss it.

Ralph C. Shelton II, Esq.
SCHIFF & SHELTON
3700 Campus Drive
Suite 202
Newport Beach, CA 92660
(949)417-2211
(949)417-2212 Fax

Privileged And Confidential Communication: This email and any attachments (1) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (2) may contain confidential or legally privileged information, and (3) are for the sole use of the intended recipient named above. If you receive this email in error, please notify the sender and delete. Any disclosure, copying, distribution, or use of information received in error is strictly prohibited. Tax advice disclosure:
To ensure compliance with Treasury Department Circular 230, we inform you that unless otherwise specified, any federal tax advice contained in this email or any attachments is not intended for and cannot be used for the purpose of (1) avoiding penalties under the IRS Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

On 6/11/2020 10:18 AM, Collin M. Jayne wrote:

> Good morning Mr. Shelton, I apologize for the phone tag yesterday. I was only calling in the first place to follow up on my email which you replied to below—we are trying to follow up on our subpoena to Melinda Beverly, and I am wondering if you represent her in that regard, or if I can communicate with her directly. Please advise. Thanks.

MARQUIS AURBACH
COFFING

**Collin M. Jayne, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6095
f | 702.382.5816
cjayne@maclaw.com
maclaw.com

**Please consider the environment before printing this e-mail!**
DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach Coffing - Attorneys at Law

**From:** Ralph C. Shelton II, Esq. <ralph@schiff-shelton.com>
**Sent:** Wednesday, June 10, 2020 2:57 PM
**To:** Collin M. Jayne <Cjayne@maclaw.com>
**Subject:** [External] Re: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]

Mr. Jayne -

I attempted to return your call, but that was not successful. Please call me back this afternoon. I am scheduled for a conference at 3:00, and will be available after 4:00.

Ralph C. Shelton II, Esq.
SCHIFF & SHELTON
3700 Campus Drive
Suite 202
Newport Beach, CA 92660
(949)417-2211
(949)417-2212 Fax

Privileged And Confidential Communication: This email and any attachments (1) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (2) may contain confidential or legally privileged information, and (3) are for the sole use of the intended recipient named above. If you receive this email in error, please notify the sender and delete. Any disclosure, copying, distribution, or use of information received in error is strictly prohibited. Tax advice disclosure:
To ensure compliance with Treasury Department Circular 230, we inform you that unless otherwise specified, any federal tax advice contained in this email or any attachments is not intended for and cannot be used for the purpose of (1) avoiding penalties under the IRS Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

On 6/8/2020 12:09 PM, Collin M. Jayne wrote:

> Good afternoon Mr. Shelton,
>
> Can you please confirm whether you represent Melinda Beverly on this matter? I am trying to follow my ethical responsibilities as to who I can communicate with. Please let me know as soon as convenient.
>
> Thanks,



MARQUIS AURBACH
COFFING

**Collin M. Jayne, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6095
f | 702.382.5816
cjayne@maclaw.com
maclaw.com

**Please consider the environment before printing this e-mail!**
DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach Coffing - Attorneys at Law

**From:** mbeverlysrad <mbeverlysrad@aol.com>
**Sent:** Friday, June 5, 2020 2:11 PM
**To:** Attorney Ralp Sheton <ralph@schiff-shelton.com>; 'mbeverlysrad' <mbeverlysrad@aol.com>
**Cc:** Cody Mounteer <cmounteer@maclaw.com>; Chad F. Clement <cclement@maclaw.com>
**Subject:** [External] FW: RE: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]

Mr. Shelton
I recieved this today. Before
The covid outbreak Mr.Beverly emailed me with his usual threats to produce
More documents..I ignored him hoping he would just drop this.
I still need to address the other issue re: equalization
Please get back to me as soon as you can...
They currently dont know who my attorney is.
Thank you
Melinda Beverly

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: "Collin M. Jayne" <Cjayne@maclaw.com>
Date: 6/5/20 11:44 AM (GMT-08:00)
To: 'mbeverlysrad' <mbeverlysrad@aol.com>
Cc: Cody Mounteer <cmounteer@maclaw.com>, "Chad F. Clement" <cclement@maclaw.com>
Subject: RE: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]

Good morning Ms. Beverly,

Thank you again for providing the communications in your previous email. After having a chance to review them against other documents, we believe there are additional communications, including texts or emails, that you did not produce, which would be responsive to our subpoena. Specifically, on October 8, 2018, you informed Mark Beverly that someone from TWC had contacted you about Mark Beverly and/or Interior Electric's billing practices. Please produce these communications, including texts or emails. In 2019, in your text exchanges with Mr. Ryba, you also reference other communications with him or someone affiliated with TWC. Please produce these communications, including any texts or emails.

I am attaching a copy of the subpoena we sent you. Please review the scope of the subpoena, specifically including the definitions of "Documents" and "Communications," and the applicable Date Range of our requests (see page 4 of the attached pdf). Please send us any responsive documents or communications, including any texts or emails, that you may have missed last time, by email to me or to Mr. Mounteer or Mr. Clement who are cc'd here. If we do not hear from you in 7 days, we will have no choice but to pursue a court order compelling you to comply.

**Collin M. Jayne, Esq.**

10001 Park Run Drive

Las Vegas, NV 89145

t | 702.207.6095

f | 702.382.5816

cjayne@maclaw.com

maclaw.com

 **Please consider the environment before printing this e-mail!**

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach Coffing - Attorneys at Law

**From:** mbeverlysrad <mbeverlysrad@aol.com>
**Sent:** Wednesday, February 5, 2020 9:08 PM
**To:** Collin M. Jayne <Cjayne@maclaw.com>
**Subject:** RE: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]

Good Evening

As per the cover letter

I responded by email to

Cclement@maclaw.com

Possibly it was overlooked

Or went into junk mail...

If you have any questions you may contact me at 7144649096 between the hours of 10 am to 2.00 pm

Monday thru Friday.

Sincerely,

Melinda Beverly.

Sent from my T-Mobile 4G LTE Device

-------- Original message --------

From: "Collin M. Jayne" <Cjayne@maclaw.com>

Date: 2/5/20 5:52 PM (GMT-08:00)

To: "'mbeverlysrad@aol.com'" <mbeverlysrad@aol.com>

Cc: "Chad F. Clement" <cclement@maclaw.com>

Subject: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]

Ms. Beverly,

As you will recall, on January 23, 2020, you were served with a subpoena commanding you to produce six categories of documents in relation to the federal case titled Interior Electric Incorporated Nevada v. T.W.C. Construction, Inc., Case No. 2:18-cv-01118-JAD-VCF. A copy of the subpoena and the affidavit of the process server are attached here. The subpoena required you to produce certain categories of documents by 9:00 am this morning, February 5, 2020. As of the writing of this email, you have not complied with this requirement, as no documents have been received by Barkley Court Reporting, nor by email to cclement@maclaw.com. Please refer to the copy of Federal Rule of Civil Procedure 45 (c), (d), (e), and (g), which is attached to the subpoena, concerning your duties and rights in responding to a subpoena, and the potential consequences of failing to respond.

Please submit all documents responsive to the subpoena by 5:00 PM tomorrow, February 6, 2020. If you fail to do so, we will have no choice but to pursue a court order compelling you to respond and/or holding you in contempt.

Thank you.

**Collin M. Jayne, Esq.**

10001 Park Run Drive

Las Vegas, NV 89145

t | 702.207.6095

f | 702.856.8995

cjayne@maclaw.com

maclaw.com

 **Please consider the environment before printing this e-mail!**

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach Coffing - Attorneys at Law

**Marquis Aurbach Coffing**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
cclement@maclaw.com
cjayne@maclaw.com

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu

*Attorneys for Interior Electric Incorporated Nevada and Interior Electric Incorporated*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,

Plaintiff,

vs.

T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM ELECTRIC LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a

Case Number: 2-18-cv-01118-JAD-VCF

**INTERIOR ELECTRIC INCORPORATED NEVADA'S AND INTERIOR ELECTRIC INCORPORATED'S NOTICE OF INTENT TO ISSUE SUBPOENAS FOR DOCUMENTS**

Nevada corporation; AML DEVELOPMENT 3, LLC; a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,

Defendants.

T.W.C. CONSTRUCTION, INC., a Nevada corporation,

Counterclaimant,

vs.

INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation; INTERIOR ELECTRIC, INC., a California corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,

Counterdefendants.

**INTERIOR ELECTRIC INCORPORATED NEVADA'S AND INTERIOR ELECTRIC INCORPORATED'S NOTICE OF INTENT TO ISSUE SUBPOENAS FOR DOCUMENTS**

///

///

//

///

///

///

///

///

///

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, plaintiff and counterdefendant Interior Electric Incorporated Nevada and counterdefendant Interior Electric Incorporated, through their counsel of record, hereby provide prior notice of their intent to issue the Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to be issued, attached hereto as Exhibit 1.

Dated this 16th day of January, 2020.

**Marquis Aurbach Coffing**

By: /s/ Chad F. Clement

Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Chad F. Clement, Esq.
Nevada Bar No. 12192
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
*Attorneys for Interior Electric Incorporated Nevada and Interior Electric Incorporated*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January, 2020, I served a copy of the foregoing INTERIOR ELECTRIC INCORPORATED NEVADA'S AND INTERIOR ELECTRIC INCORPORATED'S NOTICE OF INTENT TO ISSUE SUBPOENAS FOR DOCUMENTS upon each of the parties via email and by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

ROBERT L. LANGFORD & ASSOC.
Robert L. Langford
Matthew J. Rashbrook
616 S. Eighth Street
Las Vegas, Nevada 89101
Robert@robertlangford.com
matt@robertlangford.com
*Attorneys for Gustavo Baquerizo*

ALVERSON TAYLOR & SANDERS
Kurt R. Bonds, Esq.
Adam R. Knecht, Esq
6605 Grand Montecito Parkway, #200
Las Vegas, NV 89149
kbonds@alversontaylor.com
aknecht@alversontaylor.com
*Attorneys for Gustavo Baquerizo*

THE HAYES LAW FIRM
Dale Hayes, Jr., Esq.
4735 S. Durango Drive, Ste. 105
Las Vegas, NV 89147
dhayes@hayeslawnv.com
*Attorneys for Clifford Anderson and BAMM Electric, LLC*

McDONALD CARANO, LLP
Aaron D. Shipley, Esq.
Rory T. Kay, Esq.
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102
*Attorneys for Defendant Prologis, L.P.*

GREENE INFUSO, LLP
Michael Infuso, Esq.
Keith Barlow, Esq.
Sean Kirby, Esq.
3030 S. Jones Blvd., #101
Las Vegas, NV 89146
minfuso@greeninfusolaw.com
kbarlow@greeneinfusolaw.com
skirby@greeneinfusolaw.com
*Attorneys for TWC Construction and Travelers Casualty and Surety Company of America*

THE WRIGHT LAW GROUP, P.C.
John Henry Wright, Esq.
Christopher B. Phillips, Esq.
2340 Paseo Del Prado, #D-305
Las Vegas, NV 89102
john@wrightlawgroupnv.com
chris@wrightlawgroupnv.com
*Attorneys for Power Up Electric Company dba Power on Electric Company*

MEAD LAW GROUP
Leon Mead, II, Esq.
Sarah Mead Thomas, Esq.
7201 W. Lake Mead Blvd., #550
Las Vegas, NV 89128
leon@meadlawgroup.com
sarah@meadlawgroup.com
*Attorneys for QED, Inc*

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

/s/ Barb Frauenfeld
an employee of Marquis Aurbach Coffing

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

# Exhibit 1

Exhibit 2
021

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

INTERIOR ELECTRIC INCORPORATED NEVADA
*Plaintiff*
v.
T.W.C. CONSTRUCTION, INC. ET AL.
*Defendant*

Civil Action No. 2:18-cv-01118-JAD-VCF

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: SCHIFF & SHELTON, ATTORNEYS AT LAW

*(Name of person to whom this subpoena is directed)*

✔ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Exhibit A

| Place: Barkley Court Reporting OR Email documents to: 2040 Main Street, Suite 250 cclement@maclaw.com Irvine, CA 92614 | Date and Time: 02/05/2020 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/16/2020

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

OR

/s/Chad F. Clement
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Interior Electric, who issues or requests this subpoena, are:

Chad F. Clement, Esq.; 10001 Park Run Drive, Las Vegas, NV 89145; cclement@maclaw.com; 702-942-2129

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:18-cv-01118-JAD-VCF

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ____________________
on *(date)* __________ .

☐ I served the subpoena by delivering a copy to the named person as follows: ____________________
____________________ on *(date)* __________ ; or

☐ I returned the subpoena unexecuted because: ____________________
____________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ __________ .

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc.:

Exhibit 2
023

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** ***For Other Discovery.*** A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or
(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

Exhibit 2
024

# EXHIBIT A

## I. DEFINITIONS

1. Date Range: Unless otherwise specified in any request, the date range requested is from January 1, 2015, to present.

2. "Document" and "writing," as used herein, shall refer to any information recorded on any tangible medium of expression, including all written, recorded or graphic records of every kind or description however produced or reproduced whether in the form of a draft, in final, original or reproduction, signed or unsigned, and regardless of whether approved, sent, received, redrafted or executed, including but not limited to written communications, letters, telegrams, correspondence, memoranda, notes, facsimiles, records, business records, video recordings, photographs or films, microfiche or microfilms, tape or sound recordings, transcripts or recordings, contracts, agreements, notations of telephone conversations or personal conversations, diaries, calendars, desk calendars, reports, work sheets, computer records, summaries, schedules, drawings, charts, graphs, blueprints, mylars, osalids, minutes, forecasts, appraisals, studies, computer programs or data, data compilations of any type or kind or material similar to any of the foregoing however dominated and to whomever addressed. "Document" shall not exclude exact duplicates when originals are available, but shall include all copies made different from originals by virtue of any writings, notations, symbols, charters, impressions or any marks thereon, or other graphic, symbolic, recorded or written material of any nature whatsoever, along with all other data compilations from which information can be obtained and all drafts and preliminary drafts thereof.

3. The term "Communication(s)" means any interchange of information of any form in any manner by which understanding may be transmitted or received, whether written, oral, electronically, or otherwise

4. The term "relate" or the phrase "relating to," as well as all variations thereof, shall also include concern, refer, with respect to, memorialize, comprise, evidence, constitute, describe, were reviewed in conjunction with, or were generated as a result of the subject matter of any Request. "Relating" shall mean concerning, relating to, referring to, with respect to, describing, evidencing, memorializing, or constituting, whether in whole or in part.

5. The words "and" and "or" shall be construed both conjunctively and disjunctively and each shall include the other wherever such dual construction will serve to bring within the scope of a Request information or documents that otherwise would not be brought within its scope.

6. "Include" or "including" shall be construed in each instance to include the phrase "but not limited to," to bring within the scope of any Request all information that might otherwise be construed to be outside of its scope.

7. "Interior Electric" shall mean and include Interior Electric Incorporated Nevada, Interior Electric Incorporated, Interior Electric Inc., Integrated Energy Systems Nevada LLC, Integrated Energy Systems CA, Inc., or any other affiliate of those entities.

8. "Any person affiliated with T.W.C. Construction, Inc." shall include, but is not limited to, any past or present employee of T.W.C. Construction, Inc. or ProCaps Laboratories, Inc., any past or present officer of T.W.C. Construction, Inc. or ProCaps Laboratories, Inc., any other representative of or person affiliated with T.W.C. Construction, Inc. or ProCaps Laboratories, Inc., Matthew Ryba, or Mark Wilmer.

9. "Matthew Ryba" shall include, but is not limited to, Matthew Ryba himself, any other representative of him, or any person communicating on his behalf.

## II. <u>REQUESTS TO PRODUCE</u>

1. Produce all texts you received from, or sent to, Matthew Ryba regarding Mark Beverly, Interior Electric, or any other person affiliated with Interior Electric.

2. Produce all emails, including attachments, you received from, or sent to, Matthew Ryba regarding Mark Beverly, Interior Electric, or any other person affiliated with Interior Electric.

3. Produce all Documents and Communications you received from, or sent to, Matthew Ryba regarding Mark Beverly, Interior Electric, or any other person affiliated with Interior Electric.

4. Produce all texts you received from, or sent to, any person affiliated with T.W.C. Construction, Inc., regarding Mark Beverly, Interior Electric, or any other person affiliated with Interior Electric.

5. Produce all emails, including attachments, you received from, or sent to, any person affiliated with T.W.C. Construction, Inc., regarding Mark Beverly, Interior Electric, or any other person affiliated with Interior Electric.

6. Produce all Documents and Communications you received from, or sent to, any person affiliated with T.W.C. Construction, Inc., regarding Mark Beverly, Interior Electric, or any other person affiliated with Interior Electric.

**AFFIDAVIT OF CUSTODIAN OF RECORDS**
**TO ACCOMPANY COPIES OF RECORDS**
**PURSUANT TO FED. R. EVID. 902(11) AND 803(6)**

STATE OF ______________
) ss.
County of ______________

The undersigned, being first duly sworn, on oath, deposes and says as follows:

1. I am the Custodian of Records for ______________________ and have authority to certify said records; and

2. That the above-referenced entity is licensed to do business as a ______________________ in the State of ______________; and

3. That the copies of the records attached to this Affidavit are true copies of all records within the possession or control of the above-referenced entity which are requested in the Subpoena Duces Tecum/Request for Records; and

4. That the original of those records was made at or near the time of the act, event, condition, opinion, or diagnosis recited therein by or from information transmitted by a person with knowledge, in the course of a regularly conducted activity of the above-referenced entity.

I declare under penalty of perjury that the foregoing is true and correct.

______________________________
Custodian of Records

Name (Print) ______________________

SUBSCRIBED AND SWORN to before me
this _____day of ______________, 2020.

______________________________
Notary Public

NOTARY PUBLIC in and for
said County and State

Exhibit 2
028

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

INTERIOR ELECTRIC INCORPORATED NEVADA
*Plaintiff*
v.
T.W.C. CONSTRUCTION, INC. ET AL.
*Defendant*

Civil Action No. 2:18-cv-01118-JAD-VCF

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: MELINDA MADRID BEVERLY

*(Name of person to whom this subpoena is directed)*

✔ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Exhibit A

| Place: Barkley Court Reporting, 2900 Adams Street, #130, Riverside, CA 92504 — or Email documents to: cclement@maclaw.com | Date and Time: 02/05/2020 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/16/2020

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

OR

/s/Chad F. Clement
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Interior Electric, who issues or requests this subpoena, are:
Chad F. Clement, Esq.; 10001 Park Run Drive, Las Vegas, NV 89145; cclement@maclaw.com; 702-942-2129

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:18-cv-01118-JAD-VCF

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________

on *(date)* ______________ .

☐ I served the subpoena by delivering a copy to the named person as follows: ______________________

______________________ on *(date)* ______________ ; or

☐ I returned the subpoena unexecuted because: ______________________

______________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______________ .

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc.:

Exhibit 2
030

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

(1) ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

(2) ***For Other Discovery.*** A subpoena may command:
(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

(1) ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

(2) ***Command to Produce Materials or Permit Inspection.***
(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) ***Quashing or Modifying a Subpoena.***
(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or
(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

(1) ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) ***Claiming Privilege or Protection.***
(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

Exhibit 2
031

# EXHIBIT A

## I. DEFINITIONS

1. Date Range: Unless otherwise specified in any request, the date range requested is from January 1, 2015, to present.

2. "Document" and "writing," as used herein, shall refer to any information recorded on any tangible medium of expression, including all written, recorded or graphic records of every kind or description however produced or reproduced whether in the form of a draft, in final, original or reproduction, signed or unsigned, and regardless of whether approved, sent, received, redrafted or executed, including but not limited to written communications, letters, telegrams, correspondence, memoranda, notes, facsimiles, records, business records, video recordings, photographs or films, microfiche or microfilms, tape or sound recordings, transcripts or recordings, contracts, agreements, notations of telephone conversations or personal conversations, diaries, calendars, desk calendars, reports, work sheets, computer records, summaries, schedules, drawings, charts, graphs, blueprints, mylars, osalids, minutes, forecasts, appraisals, studies, computer programs or data, data compilations of any type or kind or material similar to any of the foregoing however dominated and to whomever addressed. "Document" shall not exclude exact duplicates when originals are available, but shall include all copies made different from originals by virtue of any writings, notations, symbols, charters, impressions or any marks thereon, or other graphic, symbolic, recorded or written material of any nature whatsoever, along with all other data compilations from which information can be obtained and all drafts and preliminary drafts thereof.

3. The term "Communication(s)" means any interchange of information of any form in any manner by which understanding may be transmitted or received, whether written, oral, electronically, or otherwise

4. The term "relate" or the phrase "relating to," as well as all variations thereof, shall also include concern, refer, with respect to, memorialize, comprise, evidence, constitute, describe, were reviewed in conjunction with, or were generated as a result of the subject matter of any Request. "Relating" shall mean concerning, relating to, referring to, with respect to, describing, evidencing, memorializing, or constituting, whether in whole or in part.

5. The words "and" and "or" shall be construed both conjunctively and disjunctively and each shall include the other wherever such dual construction will serve to bring within the scope of a Request information or documents that otherwise would not be brought within its scope.

6. "Include" or "including" shall be construed in each instance to include the phrase "but not limited to," to bring within the scope of any Request all information that might otherwise be construed to be outside of its scope.

7. "Interior Electric" shall mean and include Interior Electric Incorporated Nevada, Interior Electric Incorporated, Interior Electric Inc., Integrated Energy Systems Nevada LLC, Integrated Energy Systems CA, Inc., or any other affiliate of those entities.

8. "Any person affiliated with T.W.C. Construction, Inc." shall include, but is not limited to, any past or present employee of T.W.C. Construction, Inc. or ProCaps Laboratories, Inc., any past or present officer of T.W.C. Construction, Inc. or ProCaps Laboratories, Inc., any other representative of or person affiliated with T.W.C. Construction, Inc. or ProCaps Laboratories, Inc., Matthew Ryba, or Mark Wilmer.

9. "Matthew Ryba" shall include, but is not limited to, Matthew Ryba himself, any other representative of him, or any person communicating on his behalf.

## II. REQUESTS TO PRODUCE

1. Produce all texts you received from, or sent to, Matthew Ryba regarding Mark Beverly, Interior Electric, or any other person affiliated with Interior Electric.

2. Produce all emails, including attachments, you received from, or sent to, Matthew Ryba regarding Mark Beverly, Interior Electric, or any other person affiliated with Interior Electric.

3. Produce all Documents and Communications you received from, or sent to, Matthew Ryba regarding Mark Beverly, Interior Electric, or any other person affiliated with Interior Electric.

4. Produce all texts you received from, or sent to, any person affiliated with T.W.C. Construction, Inc., regarding Mark Beverly, Interior Electric, or any other person affiliated with Interior Electric.

5. Produce all emails, including attachments, you received from, or sent to, any person affiliated with T.W.C. Construction, Inc., regarding Mark Beverly, Interior Electric, or any other person affiliated with Interior Electric.

6. Produce all Documents and Communications you received from, or sent to, any person affiliated with T.W.C. Construction, Inc., regarding Mark Beverly, Interior Electric, or any other person affiliated with Interior Electric.

**AFFIDAVIT OF CUSTODIAN OF RECORDS
TO ACCOMPANY COPIES OF RECORDS
PURSUANT TO FED. R. EVID. 902(11) AND 803(6)**

STATE OF ____________
) ss.
County of ____________

The undersigned, being first duly sworn, on oath, deposes and says as follows:

1. I am the Custodian of Records for________________________ and have authority to certify said records; and

2. That the above-referenced entity is licensed to do business as a ________________________ in the State of ______________; and

3. That the copies of the records attached to this Affidavit are true copies of all records within the possession or control of the above-referenced entity which are requested in the Subpoena Duces Tecum/Request for Records; and

4. That the original of those records was made at or near the time of the act, event, condition, opinion, or diagnosis recited therein by or from information transmitted by a person with knowledge, in the course of a regularly conducted activity of the above-referenced entity.

I declare under penalty of perjury that the foregoing is true and correct.

______________________________
Custodian of Records

Name (Print) ____________________

SUBSCRIBED AND SWORN to before me
this _____day of ______________, 2020.

______________________________
Notary Public

NOTARY PUBLIC in and for
said County and State

**From:** mbeverlysrad <mbeverlysrad@aol.com>
**Sent:** Monday, January 27, 2020 9:23 AM
**To:** Chad F. Clement <cclement@maclaw.com>
**Subject:** Subpoena : civil action

JAN 25 2020

Mr. Clement,

Please find requested documents .
Re; civil action 2:18cv01118jadvcf
Interior Electric Inc. Nevada
Vs
T.W.C Construction, Inc

Me
7:12 PM Aug 19

Matt , I really thank you for reaching out..I always knew I was cheated. If nothing else thank you for stepping up , I have such a great respect for you doing this...
Thank you , you dont know how much this means to me and not necessarily that it will Make him accountable
Just that you were honest...
Melinda

Copy text    Share

Matt Ryba

Melinda, it was good to reconnect with you, I just wish it was for a positive reason. We are here for you if you need us and please don't hesitate to reach out. Sally says hello. Take care.

Tuesday, August 20, 2019

Hi Matt , I'm working on finding a new attorney. My last one was basically bought off by Mark so I would not trust her. If you happen to know of any lawyers down this way please do share. If not please know I'm working on it. Melinda

Delivered 12:42 PM

I'm been away too long.

Enter message

Matt Ryba

Tuesday, August 20, 2019

Hi Matt , I'm working on finding a new attorney. My last one was basically bought off by Mark and I would not trust her. If you happen to know of any lawyers down this way please do share. If not please know I'm working on it. Melinda

Delivered 12:42 PM

I'm been away too long. Happy hunting and when you settle on someone I'm at your disposal and can give your attorney the framework of your complaint. Talk soon

Thank you

Delivered 12:46 PM

Enter message

This is the extent of all communications I have with Those named in the Subpoena..

Sincerely

Melinda Beverly

Sincerely

**Collin M. Jayne**

**From:** Laurie Schiff <laurie@schiff-shelton.com>
**Sent:** Thursday, January 23, 2020 3:08 PM
**To:** Chad F. Clement
**Cc:** ralph@schiff-shelton.com
**Subject:** Interior Electric v TWC Construction
**Attachments:** First American Prop Report re 747 Main St Orange.pdf

Dear Chad:

I just received a subpoena from you in the above entitled case.

While I would be happy to assist, I have no idea who Matthew Ryba is, nor have information regarding any of the entities named in your subpoena. Mr. Ryba does not appear in our database nor in a simple search of our server containing client-related information. I'am copying Ralph Shelton with this email, in case he has any recollection regarding Mr. Ryba.

A search of our database shows a Mark Beverly who was the opposing party in a dissolution matter. Any communications regarding Mr. Beverly would be subject to the attorney/client privilege, as such communications would have been with our client, are not discoverable as they are attorney work product, or would appear in back and forth attorney correspondence (which I have briefly reviewed and makes no mention of Mr. Ryba or any of the entities. We are no longer the attorneys of record for Melinda Beverly, who was our client in that matter.

Perhaps if you can enlighten me a bit as to what specifically you may be looking for I can assist you further.

Attached please find a property profile regarding a property that was at issue in that proceeding, although all that information is a public record.

Thank you for your attention. Please let me know if I can assist you further.

Laurie

Laurie Schiff, Esq.
Schiff & Shelton
3700 Campus Drive
Suite 202
Newport Beach, CA 92660
949-417-2211
FAX 949-417-2212

PLEASE NOTE: The information contained in this transmission is intended to be sent only to the indicated recipient of the e-mail. If you are not the intended recipient or the intended recipient's agent, you are notified that we do not intend to waive any privilege that may ordinarily attach to this communication and that any dissemination, distribution, or copying is prohibited. Please notify us if you have received this email in error in as soon as possible and delete the e-mail.

8:35

Melinda Beverly >

get this or you're having a good laugh. I would like you to seriously consider it though as to avoid any kind of court actions in the future not only does it causes a lot more expense on both sides. I'm not saying that I am considering court actions at this time but I would like you to consider extending My support voluntarily. Thank you for taking the time to consider this.
Melinda

Mon, Jan 21, 6:40 PM

Hi , I'm writing to see if you have given any thought into my previous text re: support.
I am open to discussion on amount and length of time..
Please let me know your thoughts.
Thanks,
Melinda

Mon, Feb 4, 6:04 PM

Hi Mark
I never recieved a reply from you.
I would appreciate the courtesy of a response.
Thanks
Melinda

8:35

Melinda Beverly >

You have your reasons to Sue TWC and that's your business not mine I'm sorry to hear that you feel he screwed you but he also did a lot to build-up interior electric we both know this and I know how a lot of money was made. Like I said I took precaution years ago due to the fact that I was priviledge to that information.
Obviously you could have gave me a heads up before I got ambushed with this , you view me also as an enemy and have made that clear .
I could have easily never even mentioned this to you and ambushed you .
Think about that before you start spinning some ideas in your mind ...
The last thing you , I, Gus or even Ryba wants is to involve me .
I'm neither friend nor foe to any of you.
Melinda

Thu, Dec 27, 11:22 AM

Mark, I'm writing to see if you would consider extending my alomony payments for 3 years. I am sure you're either extremely irritated to get this or you're having a good

8:34

Melinda Beverly

due to Brandon.
Its apparent they have information for me. Re: monies I was not aware of during divorce. .
Sometimes things never end

Have him give you the documents he says he has, I doubt he give you anything but a story. Did he say you would be compensated for cooperating? Think about it, Why would Ryba come out of nowhere and tell you he wants to help you? makes no sense to me. Believe who you want but TWC fucked IE we sued him and we are in the discovery phase of the case, he doesn't have a case to defend himself so he's he calls you to get you riled up and get you on his side. who ever you choose to agree with think twice about Ryba he has done some shocking things and was caught red handed, he's just using you for his own benefit

Mark, I never said Matt Ryba was the one who contacted me. You need to calm down, obviously they want something from me I'm not stupid but it does really upset me.
You have vour reasons to Sue TWC

8:34

Melinda Beverly

the crazy last year and a half I've ever experienced. Hope all goes well tomorrow Mark.

I'm in the middle of a treatment I will be released in the morning.
I can't deal with this tonite. I heard you were embezzled from about a year ago. But right now I have to get thru tonite

Oct 10, 2018, 6:38 PM

Mark you didn't tell me if Brandon is aware of all this

Yes of course, he is very involved with the case and has met with the attorney several times and will be testifying As needed He has grown into an experienced confident senior manager

That's good to know....I was worried about that....

We are talking about 2 separate issues...
TWC is the issue I'm referring to and which I was contacted about.
I have been cautious with my info due to Brandon

8:33

Melinda Beverly

should you choose to do so.
Mark make no mistake I did take precautions for this.

Melinda

Oct 8, 2018, 8:35 PM

The lawyer I referred to is representing IE in a lawsuit we filed against TWC and others for breach of multiple contracts for failing to pay over $600k that was due in April of 2017. They went rouge with Gus and Cliff fleecing IE. Gus is currently criminally charged and trial is scheduled for one felony and one gross misdemeanor for stealing $40k of work from IE that is part of this civil lawsuit. I would truly appreciate it if you could share who contacted you and what was said, it would help the case and let the judge consider to allow her to make a fair ruling. You don't have to hear me out unless you want to 😁 I'll send you the link to the court case and all the documents are there to instantly download. Thanks for considering and I look forward to getting a chance to update you on the crazy last year and a half I've

8:33

Melinda Beverly

I need to speak with my lawyer tomorrow and Then I can share with you the complete story. I ask you to please trust me or at least IE and take whatever you have been told by TWC as their last ditch efforts to crush IE myself and Brandon. You will understand once I can fill you in. Brandon is fine Mark...

Oct 8, 2018, 7:15 PM

Yes I guess we have all had to speak to our lawyers. How unfortunate , but let me be clear I will hear you out not because I trust you , you crushed me and I know how that feels but feelings have nothing to do with this situation.
Brandon made a grown up choice to cut me from his life and that's his right but I will hear you out should you choose to be honest
And it's only because I helped you build that company though you didn't see it that way , and for Brandon.
I will be getting a treatment overnight in the hospital , so you will be able to contact me tommorrow should you choose to do so.

8:31

**Melinda Beverly**

build that company though you didn't see it that way , and for Brandon.
I will be getting a treatment overnight in the hospital , so you will be able to contact me tommorrow should you choose to do so.
Mark make no mistake I did take precautions for this.

Melinda

Oct 6, 2018, 6:[illegible] PM

The lawyer I referred to is representing IE in a lawsuit we filed against TWC and others for breach of multiple contracts for failing to pay over $600k that was due in April of 2017. They went rouge with Gus and Cliff fleecing IE. Gus is currently criminally charged and trial is scheduled for one felony and one gross misdemeanor for stealing $40k of work from IE that is part of this civil lawsuit. I would truly appreciate it if you could share who contacted you and what was said, it would help the case and let the judge consider to allow her to make a fair ruling. You don't have to hear me out unless you want to 😁 I'll send you the link to the court case [illegible]

8:30

Melinda Beverly >

Oct 8, 2018, 5:48 PM

Mark is Brandon aware of this? He is vice president and I would not like to see him involved in this.

I need to speak with my lawyer tomorrow and Then I can share with you the complete story. I ask you to please trust me or at least IE and take whatever you have been told by TWC as their last ditch efforts to crush IE myself and Brandon. You will understand once I can fill you in. Brandon is fine Mark...

Oct 8, 2018, 7:15 PM

Yes I guess we have all had to speak to our lawyers. How unfortunate , but let me be clear I will hear you out not because I trust you , you crushed me and I know how that feels but feelings have nothing to do with this situation.
Brandon made a grown up choice to cut me from his life and that's his right but I will hear you out should you choose to be honest
And it's only because I helped you build that company though you didn't see it that wav , and for

8:30

Melinda Beverly >

Jul 10, 2018, 5:22 PM

I'm glad you and Amber are well. Brandon is healthy and doing very well in life. What is the subject matter you want to discuss? Mark...

Just mostly that knowing that all is well..
At this time nothing pertinent.
Possibly more for replacing unfortunate
Negativity where is belongs.
Thank you for the response.
Melinda

Oct 8, 2018, 1:02 PM

Mark , how is it that now I'm being made aware of your practices of billings.
With Twc...Read between the lines here..why would they make me aware I've been cheated by you , I guess I will find out soon enough.
Not happy over here
MELINDA

Oct 8, 2018, 5:45 PM

Mark is Brandon aware of this? He is vice president and I would not like to see him involved in this

Exhibit 2
045

8:29

Melinda Beverly >

So much , I forgot anxiety...huge...

Jul 9, 2018, 9:43 PM

Hi, hope you are well. I was wondering if you had a few moments to speak with me. I understand kind of if you can't or do not want to. I know we have a lot of terrible things left between us..I'm sorry for my part in that...I do know that I don't want to upset your life in any way. I'm very happy believe it or not that your happy...Amber is great so it's not about her , and I'm sure Brandon is to because I believe in my heart that you will always watch after him , Maru too.i will always be grateful that he is so loved . Thank you for this from the bottom of my heart.. Melinda

Jul 10, 2018, 5:22 PM

I'm glad you and Amber are well, Brandon is healthy and doing very well in life. What is the subject matter you want to discuss? Mark...

Just mostly that knowing that all is well

8:28

Melinda Beverly

Dec 7, 2017, 6:59 PM

Mark , hi ..so I reached out to Brandon so I could update him re: health history.
Do you know why he won't respond?.
Well regardless I do want someone to give him this information or at least know my health side history.
My biological mother had lupus as did a sister and brother.
Brain tumors also run on my family lines .
My biological mom died of lung cancer and that also runs in my family lines.
Most predominant is autism, lupus, and anti social with regards to autism..
I thought you should be informed in case Brandon has health problems..
Also uncle's with same lung problem as Brandon know as big man syndrome.
I really would have preferred to be able to discuss this with Brandon..not you..but it's important info as had I had this health history it would have spared me a lot of I don't know...
I think you get that....

8:27

Melinda Beverly

number , you hurt her more than you will ever know, she loved you and I'm sure she still loves you , I can't speak for her and wont.. For that I will be eternally sorry.

Mark , at this point though I've yet to see appraisals or what you owe and agree it makes sense to take advantage of interest rates, I understand that you possibly have the equity to take out the amount you owe on equalization. I in my opinion think that should be the direction we should proceed , it would eliminate for both of us this ongoing obligation.
You would have no more liens and I can not have anymore liens against you...it would simply let this end...

Oct 9, 2017, 6:01 PM

Are u ok

Yes thanks, just clipped us no damage

Great ..im so glad... was worried

You were so lucky....

8:26

Melinda Beverly >

Believe me it was not easy for me to contact you..
But dang we've both for our own reasons have just
Been down this litigation road to many times.

Yes I want to take advantage of the low interest rates and refinance the Main Street building and need you to sign a new deed of trust. I believe your attorney just wants to verify the latest appraisal has equity that is equal to or greater than the currently balance I owe you for equalization
Tell Amber hi for me.

Mark..

That is what I am undestanding at this point , but you filed ex parte twice and that was months ago , do you realize the expense that cost and the threats that your attorney imposed with them when I basically had a 45 minute window to decide..
And know real basis to back it .
As for Amber you know her phone number , you hurt her more than you will ever know, she loved you

8:23

Melinda Beverly >

Text Message
Jun 7, 2017, 10:31 PM

Hi Mark , I'm hoping this is the right number to contact you...if so I would like to speak or have a written short conversation with you. If this is alright with you.
Re: the recent filings you have.
Melinda

Sure, what do you need?

I think it's more what you need.

Not quite sure what that is except a signature or something to that effect....
Both attorneys are going around it seems , my questions have not been answered by either..
So I am asking you
To fill in the blanks.
If you feel you can , if not it's fine and I'm sure it will work out.

Believe me it was not easy for me to contact you..
But dang we've both for our own

Melinda Beverly >

Thu, Nov 7, 1:56 PM

Thu, Nov 7, 5:44 PM

It's much appreciated

Tuesday 11:50 PM

R u awake

Yesterday 10:09 AM

Mark , I never heard back from you since my last email..I'm not sure if you are willing to agree to make the equalization clause right or not...
Thank you
Melinda

Today 8:32 AM

That's kind of confusing..did you copy and paste that from earlier conversation

Exhibit 2
051

10:08

Melinda Beverly

Yes , but it is terribly expensive, and requires alot of support emotionally and financially, it is devastating to be in the position of watching your child cling to life .
Mark I am not asking you for anything but to please pay the equalization, its unfortunate that it was written that way and it was a mistake on Mr Nelson's part as he drafted the agreement, but I promise you that is not what was discussed and this is not what I agreed too.

Thu, Nov 7 1:50 PM

I'll give it some thought and get back to you early next week on what I come up with. Give my love and thoughts to Amber and let her know to reach out to me for anything I can do to help her successful recovery

Thu, Nov 7, 3:41 PM

It's much appreciated

Tuesday 11:59 PM

R u awake

10:07

Melinda Beverly >

Thu, Nov 7, 11:27 AM

Mark can you please be reasonable , I know you dont care to be nice but besides moving , Amber was hospitalized and am facing a long road with her..She has ins. But it dosnt cover alot..
I mean you could at least try and work with me , I really dont have the time or energy that goes in to hire a lawyer and fight with you..please i hope you give this some thought..
Melinda

So you know and dont have to ask she almost died due to alchol poisoning..It was very dire situation

That's horrible news about Amber does she have a recovery plan?

Yes , but it is terribly expensive, and requires alot of support emotionally and financially, it is devastating to be in the position of watching your child cling to life .
Mark I am not asking you for anything but to please pay the equalization, its unfortunate that it was written that way and it was a

10:06

Melinda Beverly

Sun, Oct 27, 8:21 AM

Mark , can you please be reasonable , I see the error that you are going by in our agreement. I hope you know this is a clerical mistake.
Do we really want to have to spend more money on attorneys, go to court just to correct this...I do need this monthly amount to make ends meet..
I hope you give this some thought and hopefully it can be resolved between us..
I'm sure you have your hands full with your other lawsuits...also remember I have not participated in the help and information they are requesting from me.
I actually just dont want to fight or be involved in anymore drama..
Please let me know your thoughts..
Melinda

Thu, Nov 7, 11:27 AM

Mark can you please be reasonable , I know you dont care to be nice but besides moving , Amber was hospitalized and am facing a long road with her..She has

10:06

Melinda Beverly

Actually I'm sorry I contacted you...it is what it is , I called and left Brandon and message.. He is a grown man and he knows how to take care of himself.
I always want the best for him..There was no need to upset you.
Melinda

Sat, Oct 12, 2:27 PM

Hey I have not recieved my check...

Tue, Oct 15, 8:44 AM

Mark here is my forwarding address for my checks
C/O bonnie Staples 227 Gulfstream lane
Norco CA. 92860

I still have not recieved this months check

Melinda

Sun, Oct 27, 9:21 AM

Mark , can you please be reasonable , I see the error that you are going by in our agreement. I

10:05

Melinda Beverly

I'm not going to play question and answer with you..
You know exactly what I'm referring to.
I dont believe for a moment that you didnt think I would
not be informed .
My concerns for Brandon is obvious
Mark , hopefully you have not put him in a position with IE that will come back on him..
From what I see it will

Once again I have to retain council to protect myself...so I'm sure Brandon needs council also...

I have no fucking idea what you're talking about, makes no sense whatsoever

Well ok , I wont argue with you ....it seems quite easy to understand as one time I was connected to IE and Brandon is currently .
It makes perfect sense to me...labor board , contracts , ect... no statute of limitations on many things...

10:04

Melinda Beverly >

Mark , I'm going to call you in a few minutes...I believe it would be of upmost importance if you would answer , or you can call me either way I hope you will do so.
Melinda

This is not about you and I directly .
I'm trying to put our son first.

So sorry that you cant or won't put Brandon before you..best wishes

At least I tried, praying for you

Fri, Aug 16, 1:53 PM

What exactly are you referring to?

I'm referring to your law suits....

Can you be more specific

Why how many do you have?
The ones I'm referring to are your Vegas lawsuits..

More specific on how you feel a lawsuit will negatively affect

10:03

Melinda Beverly

Mark , are you not ever going to respond...its o.k... I'm sorry that you feel such that you cant respond..can you please let me know who to forward information to. Is Paul Nelson who I need to contact to send information pertinent to our agreement..if so I will do that . Melinda

Mon, Mar 25, 1:29 PM

Mark I have a set of music books that were your grandfather's,,do you want them...I think maybe Jon Beverly might like them as he was in band...

Tue, Apr 2, [illegible] PM

Mark , my checks for this month can still be sent to my current address. I hope they will be on time this month..
Melinda

Wed, Aug 14, [illegible] PM

Mark , I'm going to call you in a few minutes...I believe it would be of upmost importance if you would answer , or you can call me either

10:02

Melinda Beverly

Hey , you know I didnt even asked if your ok...I guess I've been self focused...I hope all is ok...I hope Brandon is well.
Melinda

Tue, Feb 26, 11:49 AM

Mark ,
Apparently you dont want to consider discussing support.
Would you consider discussing equalization?

Tue, Feb 26, 1:06 PM

I'm am trying my best to not have to go to court...I think we could discuss the situation before in solving the court. I would appreciate a response at least...thank you

Fri, Mar 1, 2:42 PM

Mark , please make sure my checks arrive on time this month...I have been receiving them late most every month , which per the agreement provides the 1000.oo penalty.
After this month I will provide you a forwarding address.
Thank you

9:57

Melinda Beverly

Is Brandon safe

Yes he's fine I was babysitting his dog but he had to wait until around 5:00 pm before they would let him [illegible] he's going with Ron [illegible] Who would ever think Brandon would be a bird hunter. He's a real good shot and his Vizsla Riley is one of the best hunting dogs I've ever seen.

I've seen pictures his dog is beautiful, yes I'm surprised he hunts..but very happy for him....he won't respond or talk to me which breaks my heart but I'm very happy for him and glad he is safe happy and well..thank you for letting me know..
Happy hunting.

O[illegible] 7, 2017, [illegible] PM

Mark , hi ..so I reached out to Brandon so I could update him re: health history.
Do you know why he won't respond?.
Well regardless I do want someone

**From:** mbeverlysrad
**To:** Mark Beverly
**Subject:** Re: Statement and Stipulation for RFO Modification
**Date:** Saturday, October 12, 2019 5:18:57 PM

---

Remember there is a stipulation for being late
Which I've never pressed you on.

As of the 18th of this month I will no longer be at this address , I do not have a new one as of yet. Possibly I will forward my mail to Bonnie or get a P.O Box ...I will in form you this week.

As far as contacting your attorney, that is in process as my attorney has recieved
Many documents that are being studied carefully. They seem to be quite damaging
So before any motions are filed they need to be verified.
I myself have chosen to not
Engage at this point so I have not personally examined them .
They came with testimony and are in the process of sworn depositions.
I only pass this information to you for the benifit of Brandon..My understanding
Is at this point it can include
IRS consequences.

Melinda

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Mark Beverly <mark@interiorelectric.com>
Date: 10/12/19 4:38 PM (GMT-08:00)
To: mbeverlysrad <mbeverlysrad@aol.com>
Subject: Statement and Stipulation for RFO Modification

If you have any questions please contact my attorney Paul Nelson.

Mark...

*January 10th, 2020*
*Text from Melinda to Mark Beverly*

*[Melinda]* Hi , I'm going to share with you part of the information I received.
This information has put me in the position Of making a decision.
As per our current agreement you have the right to prepay the equalization amount at anytime.

During the same period of time that Mark Beverly was providing financial information on Interior Electric claiming economic hardship Mark was directing TWC to deduct scopes of work out of Interior Electric Inc and requested and received sub-contracts to Integrated Energy Systems. Even more notable is that no work

*[Melinda]* That is just a snippet of what was sent to the attorney...it is all played out with contract numbers and amounts...
How you devalued the business in Vegas ..

*[Melinda]* Mark , if you would like to discuss this with me I would also be open..
I also know you are in a lawsuit with Matt , I do not wish to have any part of it , that is entirely between you and Matt.
This information I'm sure was intended to retaliate towards you .

*[Mark]* Thanks for replying, what does "sent to the attorney" mean? Your attorney? From his attorney? let me try to understand what I'm being accused of by TWC and I'll get back to you to discuss further Thanks again Mark...

*[Melinda]* Hi , it means it was sent to my attorney , not me so there would not be a broken chain of evidence. That is all I can tell you regarding that.
Melinda

10:05

issued to the Interior Electric for the addition of the Solar scope. After Change Order #3 was issued and approved on 9/6/11. Mark Beverly called and asked is we could remove the scope back out of the contract and issue a separate contract to Integrated Energy Systems. This was accomplished by issuing Change Order #4 to Interior Electric Inc a deduct of ($981,300.78),