| Attorney or Party without Attorney:<br>Chad F. Clement, Esq. (#271161)<br>Marquis Aurbach Coffing<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>Telephone No: (702) 382-0711<br>Attorney For: Attorney for Movant Interior Electric Incorporated Nevada | Ref. No. or File No.:<br>INTERIOR V BEVERLY | For Court Use Only |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION | | |
| Plaintiff: INTERIOR ELECTRIC INCORPORATED NEVADA,<br>Defendant: MELINDA BEVERLY, et al. | | |
| **PROOF OF SERVICE** | Hearing Date: 11-03-2020 | Time: 10:00am | Dept/Div: | Case Number: 20-mc-00024-JGB (SPx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the MOVANT INTERIOR ELECTRIC INCORPORATED NEVADA'S NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENAS DUCES TECUM AND FOR ATTORNEY FEES; MEMORANDUM OF POINTS AND AUTHORITIES; Notice of Electronic Filing

3. a. Party served:    Schiff & Shelton, Attorney's at Law, and Melinda Beverly - c/o Ralph Shelton, Esq.
   b. Person served:   Ralph Shelton - Personally

4. Address where the party was served:    3700 Campus Dr., #202, Newport Beach, CA 92660

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Oct 08 2020 (2) at: 02:46 PM

6. **Person Who Served Papers:**
   a. Bijan Ghaemi
   b. FIRST LEGAL
      NEVADA PI/PS LICENSE 1452
      2920 N. Green Valley Pkwy, Suite 514
      Henderson, NV 89014
   c. (702) 671-4002

   d. *The Fee* for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

10/13/2020               *(signature)*
(Date)                    (Signature)



PROOF OF SERVICE

4952272
(55157002)