**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
CA SBN 271161
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
*Attorney for Plaintiff Interior Electric Incorporated Nevada*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>vs.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM ELECTRIC LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC; a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 5:20-mc-00024-JGB-SP<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL [ECF NO. 1]**<br><br>**(FIRST REQUEST)**<br><br>Underlying case:<br>*Interior Electric Incorporated Nevada v. T.W.C. Construction, Inc. et al.*, No. 2:18-cv-01118-JAD-VCF (D. Nev.) |

Pursuant to Local Rules 7-11 and 40-1.1, Plaintiff Interior Electric Incorporated Nevada ("Plaintiff"), and third parties Melinda Beverly and Schiff & Shelton, Attorneys at Law, by and through their respective counsel of record, hereby submit this Joint Stipulation to continue the hearing date on Plaintiff's Motion to Compel Compliance with Rule 45 Subpoenas *Duces Tecum* and for Attorney Fees ("Motion") [ECF No. 1], from its currently scheduled time of 10:00 a.m. on Tuesday, November 3, 2020, to **10:00 a.m. on Tuesday, December 1, 2020**.

This is the first request for continuance of this matter and is not being made for purposes of delay. Rather, Plaintiff's counsel has a schedule conflict with the November 3, 2020 hearing date, and the next mutually agreeable date for all parties is December 1, 2020.

DATED this 19th day of October, 2020.　　　DATED this 19th day of October, 2020.

**MARQUIS AURBACH COFFING**　　　**SCHIFF & SHELTON**

　/s/ Chad F. Clement　　　　　　　　　　　/s/ Ralph C. Shelton II
Chad F. Clement, Esq. (CA SBN 271161)　Ralph C. Shelton, II, Esq. (CA SBN 132757)
Nevada Bar No. 12192　　　　　　　　　3700 Campus Dr, Suite 202
10001 Park Run Drive　　　　　　　　　Newport Beach, CA 92660
Las Vegas, Nevada 89145　　　　　　　*Attorneys for Third Parties, Melinda Beverly*
*Attorneys for Plaintiff*　　　　　　　　　*and Schiff & Shelton, Attorneys at Law*

**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
CA SBN 271161
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
*Attorney for Plaintiff Interior*
*Electric Incorporated Nevada*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>vs.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM ELECTRIC LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC; a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 5:20-mc-00024-JGB-SP<br><br>**PROPOSED ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL [ECF NO. 1]**<br><br>**(FIRST REQUEST)**<br><br>Underlying case:<br>*Interior Electric Incorporated Nevada v. T.W.C. Construction, Inc. et al.*, No. 2:18-cv-01118-JAD-VCF (D. Nev.) |

Page 1 of 2

On October 20, 2020, Plaintiff Interior Electric Incorporated Nevada ("Plaintiff"), and third parties Melinda Beverly and Schiff & Shelton, Attorneys at Law, by and through their respective counsel of record, submitted a Joint Stipulation [ECF No. 6] to continue the hearing date on Plaintiff's Motion to Compel Compliance with Rule 45 Subpoenas *Duces Tecum* and for Attorney Fees ("Motion") [ECF No. 1], from its currently scheduled time of 10:00 a.m. on Tuesday, November 3, 2020, to 10:00 a.m. on Tuesday, December 1, 2020. The parties represent that Plaintiff's counsel has a schedule conflict with the November 3, 2020 hearing date, and the next mutually agreeable date for all parties is December 1, 2020.

Accordingly, the Court being fully advised in the premises and good cause appearing, the Stipulation is hereby GRANTED, and the hearing on Plaintiff's Motion to Compel Compliance with Rule 45 Subpoenas *Duces Tecum* and for Attorney Fees shall be and is hereby continued to Tuesday, December 1, 2020, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated this _____ day of October, 2020.

MAGISTRATE JUDGE SHERI PYM