**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
CA SBN 271161
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
*Attorney for Plaintiff Interior
Electric Incorporated Nevada*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a domestic corporation,<br><br>Plaintiff,<br><br>vs.<br><br>T.W.C. CONSTRUCTION, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; MATTHEW RYBA, an individual; GUSTAVO BAQUERIZO, an individual; CLIFFORD ANDERSON, an individual; POWER UP ELECTRIC COMPANY, a Nevada corporation, dba POWER ON ELECTRIC COMPANY; BAMM ELECTRIC LLC, a Nevada limited liability company; PROLOGIS, L.P., a Delaware limited partnership; AML PROPERTIES, INC., a Nevada corporation; AML DEVELOPMENT 3, LLC; a Nevada limited liability corporation; LAPOUR PARTNERS, INC., a Nevada corporation; DON FISHER, an individual; PHILCOR T.V. & ELECTRONIC LEASING, INC., a Nevada corporation, dba NEDCO; QED, INC., a Nevada corporation; TURTLE & HUGHES, Inc., a New Jersey corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 5:20-mc-00024-JGB-SP<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL [ECF NO. 1]**<br><br>**(FIRST REQUEST)**<br><br>Underlying case:<br>*Interior Electric Incorporated Nevada v. T.W.C. Construction, Inc. et al.*, No. 2:18-cv-01118-JAD-VCF (D. Nev.) |

On October 20, 2020, Plaintiff Interior Electric Incorporated Nevada ("Plaintiff"), and third parties Melinda Beverly and Schiff & Shelton, Attorneys at Law, by and through their respective counsel of record, submitted a Joint Stipulation [ECF No. 6] to continue the hearing date on Plaintiff's Motion to Compel Compliance with Rule 45 Subpoenas *Duces Tecum* and for Attorney Fees ("Motion") [ECF No. 1], from its currently scheduled time of 10:00 a.m. on Tuesday, November 3, 2020, to 10:00 a.m. on Tuesday, December 1, 2020. The parties represent that Plaintiff's counsel has a schedule conflict with the November 3, 2020 hearing date, and the next mutually agreeable date for all parties is December 1, 2020.

Accordingly, the Court being fully advised in the premises and good cause appearing, the Stipulation is hereby GRANTED, and the hearing on Plaintiff's Motion to Compel Compliance with Rule 45 Subpoenas *Duces Tecum* and for Attorney Fees shall be and is hereby continued to Tuesday, December 1, 2020, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated this 22nd day of October, 2020.



MAGISTRATE JUDGE SHERI PYM