**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
CA SBN 271161
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
  *Attorney for Movant Interior*
  *Electric Incorporated Nevada*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a Nevada corporation,<br><br>                              Movant,<br><br>vs.<br><br>MELINDA BEVERLY; and SCHIFF & SHELTON, ATTORNEYS AT LAW,<br><br>                              Respondents. | Case No. 5:20-mc-00024-JGB-SP<br><br>**MOVANT INTERIOR ELECTRIC INCORPORATED NEVADA'S NOTICE OF NON-OPPOSITION TO MOTION TO COMPEL**<br><br>Related to Action Pending in the U.S. District Court for the District of Nevada, *Interior Electric Incorporated Nevada v. T.W.C. Construction, Inc. et al.*, Case No. 2:18-cv-01118-JAD-VCF<br><br>**Hearing Date:        December 1, 2020**<br>**Hearing Time:        10:00 a.m.** |

Pursuant to Local Rules ("LR") 7-9, 7-12, and 7-13, Movant, Interior Electric Incorporated Nevada ("Movant"), by and through its attorneys of record, hereby provides its Notice of Non-Opposition to its Motion to Compel [ECF No. 1] ("Motion"), filed October 6, 2020.

Respondents Melinda Beverly ("Ms. Beverly") and Schiff & Shelton, Attorneys at Law ("S & S," and with Ms. Beverly, "Respondents") have failed to oppose the Motion by their deadline to do so – November 10, 2020 – 21 days prior to the continued hearing in this matter, currently set for December 1, 2020. LR 7-9. Under LR 7-12, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent

MAC:14814-001 4202873_1

to the granting or denial of the motion … " Consequently, Respondents have, by their failure to oppose, consented to the granting of the Motion.

Should Respondents attempt to file an untimely opposition, LR 7-13 states that Respondents "**shall** be subject to the sanctions of L.R. 83-7 and the F.R.Civ.P." (emphasis added). Those sanctions include, but are not limited to, "monetary sanctions, if the Court finds that the conduct was willful, grossly negligent, or reckless" as well as "the imposition of costs and attorneys' fees to opposing counsel, if the Court finds that the conduct rises to the level of bad faith and/or a willful disobedience of a court order … " LR 83-7(a), (b).

Movant respectfully submits that the circumstances warrant a granting of the pending Motion and an award of attorney fees to Movant.

Dated this 23rd day of November, 2020.

Respectfully submitted

By /s/ Chad F. Clement
Chad F. Clement, Esq. (CA SBN 271161)
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Movant Interior*
*Electric Incorporated Nevada*

MAC:14814-001 4202873_1

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MOVANT INTERIOR ELECTRIC INCORPORATED NEVADA'S NOTICE OF NON-OPPOSITION TO MOTION TO COMPEL** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 23rd day of November, 2020.

☒   I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Schiff & Shelton, Attorneys at Law, and
Melinda Beverly
c/o Ralph Shelton, Esq.
3400 Campus Drive, Suite 202
Newport Beach, CA 92660

*Attorney for the Subpoenaed Parties, Schiff & Shelton, Attorneys at Law, and Melinda Beverly*

 /s/ Lennie Fraga
Lennie Fraga, an employee of
Marquis Aurbach Coffing