**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
CA SBN 271161
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
*Attorney for Movant Interior Electric Incorporated Nevada*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a Nevada corporation,<br><br>                Movant,<br><br>vs.<br><br>MELINDA BEVERLY; and SCHIFF & SHELTON, ATTORNEYS AT LAW,<br><br>                Respondents. | Case No. 5:20-mc-00024-JGB-SP<br><br>**CERTIFICATE OF MAILING DOCUMENT 10 ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENAS**<br><br>Related to Action Pending in the U.S. District Court for the District of Nevada, *Interior Electric Incorporated Nevada v. T.W.C. Construction, Inc. et al.*, Case No. 2:18-cv-01118-JAD-VCF |

///

///

///

MAC:14814-001 4224125_1

## CERTIFICATE OF MAILING

I hereby certify that I electronically filed the foregoing **CERTIFICATE OF MAILING DOCUMENT 10 ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENAS** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 8th day of December, 2020.

☒   I further certify that some of the participants in the case are not registered CM/ECF users and on December 7, 2020, I mailed the foregoing *Document 10 Order Granting Motion to Compel Compliance with Rule 45 Subpoenas* by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Schiff & Shelton, Attorneys at Law, and
Melinda Beverly
c/o Ralph Shelton, Esq.
3400 Campus Drive, Suite 202
Newport Beach, CA 92660

*Attorney for the Subpoenaed Parties, Schiff & Shelton,
Attorneys at Law, and Melinda Beverly*

/s/ Lennie Fraga
an employee of Marquis Aurbach Coffing