# EXHIBIT   1

# EXHIBIT   1

# MARQUIS AURBACH COFFING

ATTORNEYS AT LAW

10001 PARK RUN DRIVE
LAS VEGAS. NEVADA  89145
Telephone 702-382-0711
Fax 702-382-5816

Interior Electric NV, Inc.
██████████████████
████████████████

Invoice  362009 - 372857
December 23, 2020

ID: 14814-001 - CSM

Re: TWC Construction

For Services Rendered Through December 23, 2020

Current Fees
Current Disbursements
Total Current Charges



**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 5

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | ██████ | | |
| | | ████████████████████████████ | ██ | ██ |
| | | ████████ | | |
| | | ██████████████████████████████ | ██ | ██ |
| | | ████████████████████ | | |
| | | ████████████████████████████████ | ██ | ██ |
| | | ██████████████████████ | | |
| | | ███████████████████████████ | ██ | ██ |
| | | ████████████ | | |
| | | █████████████████████ | ██ | ██ |
| | | ████████████████████████████ | ██ | ██ |
| | | ██████ | | |
| | | ██████████████████████████ | ██ | ██ |
| | | ██████████ | | |
| | | ████████████████████████████████ | ██ | ██ |
| | | ██████████████████████████ | | |
| | | ███████████████████████ | | |
| | | ███████ | | |
| | | ██████████████████████████ | ██ | ██ |
| 01/23/20 | CFC | Review and assess email from Laurie Schiff regarding response to subpoena; email exchange with client regarding same; research status of service of subpoena on Melinda Beverly. | 0.40 | 100.00 |
| | | █████████████████████████ | ██ | ██ |
| | | ███████ | | |
| | | ████████████████████████████ | ██ | ██ |
| | | ██████████████████ | | |
| | | ██████████████████████████████ | ██ | ██ |
| | | ████████ | | |
| | | ██████████████████ | ██ | ██ |
| | | ██████████████████ | ██ | ██ |
| | | ██████████████████ | ██ | ██ |
| | | ██████████████████████████ | ██ | ██ |
| | | ████████████ | | |
| | | █████████████████████████ | ██ | ██ |
| | | ██████████████████████ | ██ | ██ |
| | | ██████████████████████████ | ██ | ██ |
| | | ██████████████████████████ | ██ | ██ |
| | | ██████████████████████████ | ██ | ██ |
| | | ████████████████████ | | |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 7

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ██ | | ███████████████ | █ | █ |
| | | ████████████████ | | |
| | | ████████████████ | | |
| | | ███████████████ | | |
| | | █████ | | |
| ██████████████████ | | | █ | █ |
| ████ | | | | |
| ██████████████████ | | | █ | █ |
| | | ████████████████ | | |
| ███ | | | | |
| ████████████████ | | | █ | █ |
| | | ██████████████ | | |
| ███ | | | | |
| █████████████████ | | | █ | █ |
| | | ███ | | |
| ████████████████ | | | █ | █ |
| ██ | | | | |
| █████████████████ | | | █ | █ |
| | | ████████████ | | |
| ███ | | ██████████████ | █ | █ |
| ██ | | ██████████ | █ | █ |
| ███ | | ███████ | █ | █ |
| | | ███████████ | | |
| ██ | | ████████████ | █ | █ |
| ████████████████ | | | █ | █ |
| | | █████ | | |
| ██████████████████ | | | █ | █ |
| █████████████████ | | | █ | █ |
| | | ████████████ | | |
| 02/05/20 | CMJ | Check for response to subpoena by Melinda Beverly; draft email to Ms. Beverly regarding failure to respond. | 0.50 | 125.00 |
| ████ | | ███████ | █ | █ |
| ██████████████ | | | █ | █ |
| | | ████████ | | |
| ██ | | ███████████ | █ | █ |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 8

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ██ | | ██████ | ██ | ██ |
| | | ██████████ | | |
| | | █████████ | | |
| ██ | | ██████ | ██ | ██ |
| 02/05/20 | CSM | Analysis and strategy regarding ██████ subpoena documents from Melinda Beverly, and ██████ | 0.50 | 125.00 |
| | | ██████████ | ██ | ██ |
| | | ████████ | ██ | ██ |
| | | ███████ | | |
| 02/05/20 | CFC | Email exchanges with client regarding status and issues relative to Melinda Beverly's subpoena response; coordinate with staff and court reporter's office regarding same; coordinate with CMJ on same; review and assess email exchanges with Melinda Beverly regarding same. | 0.80 | 200.00 |
| | | ██████████ | ██ | ██ |
| | | █████████ | ██ | ██ |
| | | █████████ | ██ | ██ |
| | | ████ | | |
| | | ██████████ | ██ | ██ |
| 02/06/20 | CMJ | Exchange emails with Melinda Beverly regarding subpoena response. | 0.10 | 25.00 |
| | | ██████████ | ██ | ██ |
| | | █████████ | ██ | ██ |
| | | █████████ | ██ | ██ |
| | | █████████ | ██ | ██ |
| | | ██████████ | ██ | ██ |
| | | ███████ | | |
| 02/06/20 | CFC | Review and assess email and subpoena response from Melinda Beverly; email to client regarding and forwarding same. | 0.60 | 150.00 |
| | | ██████████ | ██ | ██ |
| | | █████████ | ██ | ██ |
| | | ██████ | | |
| | | ████████ | ██ | ██ |
| | | ██████████ | ██ | ██ |
| | | ███████ | | |
| | | █████████ | ██ | ██ |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 45

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ███ | ███ | ████████████████████ | ██ | ██ |
| | ██ | | | |
| | | ██████████████████████ | ██ | ██ |
| | | ████████████████ | | |
| | | ██████████████████ | ██ | ██ |
| 04/30/20 | CSM | Assess, analyze and review email and attached documents from client regarding communications between Ryba and Melinda. | 0.40 | 100.00 |
| | | ██████████████████ | ██ | ██ |
| | | ████████████████████ | ██ | ██ |
| | | ███████████████ | | |
| | | ██ | | |
| 04/30/20 | CFC | Review and assess email from client regarding issues and options relative to non-production from requests to Ryba and subpoena to Melinda Beverly. | 0.20 | 50.00 |
| 05/01/20 | CSM | Analysis of documents regarding Melinda and Ryba's communications for subpoena. | 0.30 | 75.00 |
| | | ██████████████████ | ██ | ██ |
| | | ████████████████ | | |
| | | █████████████████ | | |
| | | ████████████ | | |
| ███ | | ██████████████████ | ██ | ██ |
| | | ████████████████ | | |
| | | █████████ | | |
| ███ | | ████████████████ | ██ | ██ |
| | | ████████ | | |
| | | ███████████████████ | ██ | ██ |
| | | ██████████████████ | ██ | ██ |
| | | ████████████ | | |
| | | ██████████████████ | ██ | ██ |
| | | ████████████ | | |
| | | █████████████████ | ██ | ██ |
| | | █████ | | |
| | | ███████████████ | ██ | ██ |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 49

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ██████ | ████ | ████████████████████████ | ██ | ██ |
| | | ███████ | | |
| ██████ | | █████████████████████ | ██ | ██ |
| ██████████ | | ███████████████████████ | ██ | ██ |
| | | ██████████████████████████ | | |
| | | ████████ | | |
| ██████████ | | ████████████████████████ | ██ | ██ |
| | | ██ | | |
| ██████████ | | ████████████████████████████ | ██ | ██ |
| ██████████ | | ███████████████████████████ | ██ | ██ |
| | | ██████████████████████ | | |
| | | ██████████████████ | | |
| ██████ | | ████████████████████████ | ██ | ██ |
| | | ████████████████ | | |
| ██████ | | █████████ | | |
| ██████ | | ████████████████████████ | ██ | ██ |
| | | █████████ | | |
| ██████ | | ████████████████████ | ██ | ██ |
| ██████████ | | █████████████████████ | ██ | ██ |
| | | ███████████████ | | |
| ██████████ | | ██████████████████████ | ██ | ██ |
| | | █████████████████ | | |
| ██████████ | | ████████████████████████ | ██ | ██ |
| | | ███████████ | | |
| ██████████ | | ████████████████████████ | ██ | ██ |
| | | ██████████ | | |
| ██████████ | | ████████████████████████ | ██ | ██ |
| ██████████ | | ████████████████████████ | ██ | ██ |
| | | ███████████████████ | | |
| 05/13/20 | CFC | Review and assess emails from client regarding subpoena production issues relative to Melinda Beverly, status of case, and future actions items. | 0.20 | 50.00 |
| ██████████ | | ██████████████████████ | ██ | ██ |
| | | ███████████ | | |
| ██████████ | | ████████████████████████ | ██ | ██ |
| | | ██████████ | | |
| ██████████ | | ████████████████████████ | ██ | ██ |
| | | ███████████████████ | | |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 55

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ██ | | ███████████████████ | ██ | ██ |
| | | ████████████████ | | |
| | | ███████████████ | | |
| | | ████ | | |
| ██ | | ███████████████ | ██ | ██ |
| | | ████████████████ | | |
| | | ███████████████ | | |
| | | ████████ | | |
| ██ | | █████████████████ | ██ | ██ |
| | | ████ | | |
| ██ | | ████████████████ | ██ | ██ |
| | | ██████████████████ | | |
| | | █████████████████ | | |
| ██ | | █████████████████ | ██ | ██ |
| 06/05/20 | CMJ | Review file and various communications regarding communications between Melinda Beverly and TWC; review subpoena to Melinda Beverly and response to same and strategize regarding additional steps; send email to Melinda Beverly regarding evidently missing communications. | 1.20 | 300.00 |
| ██ | | ████████████████ | ██ | ██ |
| | | ██████████ | | |
| 06/05/20 | CFC | Review, assess, and evaluate issues and evidence relative to Melinda Beverly's non-production of documents responsive to subpoena; coordinate with CMJ relative to same and next steps; review and assess email exchanges with Melinda Beverly and her counsel regarding same; email exchanges with client regarding same. | 1.40 | 350.00 |
| ██ | | ████████████████ | ██ | ██ |
| | | ███████████████ | | |
| | | ██████ | | |
| ██ | | ████████████████ | ██ | ██ |
| ██ | | ████████████████ | ██ | ██ |
| | | ██████████ | | |
| ██ | | ███████████████ | ██ | ██ |
| ██ | | ██████████████ | ██ | ██ |
| ██ | | ███████████████ | ██ | ██ |
| | | ██████ | | |
| 06/07/20 | CFC | Review and assess emails from client regarding Melinda Beverly non-production and documents supporting same; review and assess same. | 0.20 | 50.00 |
| 06/08/20 | CMJ | Review correspondence and documents received from client regarding Melinda Beverly documents and text messages; strategize with Mr. Clement and review old correspondence in file regarding same; | 1.20 | 300.00 |

**MARQUIS AURBACH COFFING P.C.**

| Interior Electric NV, Inc. | December 23, 2020 |
|---|---|
| | Invoice 362009 |
| | Page 56 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | telephone conference with client regarding same; exchange emails with Mr. Shelton regarding same. | | |
| ███ | | ████████████████████████ | ██ | ██ |
| | | █████████████ | | |
| ███ | | █████████████████████ | ██ | ██ |
| | | ████████████ | | |
| ███ | | ███████████████████ | ██ | ██ |
| | | ██████████ | | |
| ███ | | ███████████████████ | ██ | ██ |
| | | ███ | | |
| ███ | | █████████████████ | ██ | ██ |
| | | █████████████████████ | | |
| ███ | | ███████████████████████ | ██ | ██ |
| | | ██████████████ | | |
| ████████████ | | ████████████████████ | ██ | ██ |
| | | ██████████████████ | | |
| 06/08/20 | CSM | Assess, analyze and review comments and documents from counsel concerning subpoena documents and strategize with counsel regarding contact with Melinda's attorney versus sending a new subpoena to save costs. | 0.20 | 50.00 |
| 06/08/20 | CFC | Review, assess, and evaluate issues, positions, and evidence relative to Melinda Beverly not producing all documents responsive to subpoena; coordinate with CMJ on same. | 0.90 | 225.00 |
| ███ | | █████████████████ | ██ | ██ |
| | | ████████████ | | |
| ███ | | █████████████████████ | ██ | ██ |
| | | ████████████████████████ | | |
| | | █████████████████ | | |
| 06/09/20 | CMJ | Assess, analyze and review rulings from special master regarding motion to compel and motion for attorney fees; legal research regarding counsel for Melinda Beverly and contact information for same. | 0.20 | 50.00 |
| ███ | | ██████████████████ | ██ | ██ |
| | | ██████████████ | | |
| ███ | | ████████████████████ | ██ | ██ |
| ███ | | ████████████████████ | ██ | ██ |
| | | ████████████████████ | | |
| ████████████ | | ██████████████████ | ██ | ██ |
| | | █████████████ | | |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 57

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/10/20 | JMM | Receipt and review email from client regarding Melinda texts, and assess, analyze, and briefly review attachment to same; receipt and review subsequent email exchange regarding same. | 0.20 | 50.00 |
| ███ | ███ | ████████████████████ | ██ | ██ |
| 06/10/20 | CMJ | Attempt phone calls and exchange emails with Melinda Beverly's possible counsel, Ralph Shelton. | 0.40 | 100.00 |
| 06/10/20 | CFC | Review and assess email exchanges with client regarding issues relative to communications with Melinda Beverly regarding subpoena production; coordinate with CMJ on same. | 0.50 | 125.00 |
| 06/11/20 | CMJ | Exchange emails with counsel for Melinda Beverly regarding subpoena. | 0.10 | 25.00 |
| ███ | | ███████████████ | ██ | ██ |
| ███ | | █████████████████ | ██ | ██ |
| ███ | | ████████████ | ██ | ██ |
| ███ | | ████████ | ██ | ██ |
| | | ████████████████ | ██ | ██ |
| | | ███ | | |
| | | ███████████████████ | ██ | ██ |
| | | ██████████████████ | ██ | ██ |
| | | █████████████ | ██ | ██ |
| | | ████████████████ | ██ | ██ |
| | | █████████ | | |
| | | ████ | | |
| 06/11/20 | CFC | Review and assess email exchange with Melinda Beverly's counsel regarding issues relative to subpoena; coordinate with CMJ regarding issues relative to same. | 0.40 | 100.00 |
| | | █████████████████ | ██ | ██ |
| | | ████████ | ██ | ██ |
| | | ██████████████ | ██ | ██ |
| | | █████████████ | ██ | ██ |
| | | ███████████ | ██ | ██ |
| | | ██████████ | | |
| 06/12/20 | CMJ | Attempt telephone conferences with Melinda Beverly's counsel and | 1.10 | 275.00 |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 58

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | ██████████████████████ ███ | | |
| ████████ | | ████████████████████████ ███████ | ██ | ██ |
| ████████ | | ████████████████████████ █████████ | ██ | ██ |
| | | ██████████████████████ █████ | ██ | ██ |
| | | ██████████████████████ █ | ██ | ██ |
| | | █████████ ████████████████████████ | ██ | ██ |
| 06/12/20 | CFC | Coordinate with CMJ regarding issues relative to communications with Melinda's counsel and subpoenas; review and assess email from same to same regarding same; email to client regarding same. | 0.50 | 125.00 |
| | | ██████████████████████ █████ | ██ | ██ |
| | | ██████████████████████ ██████ | ██ | ██ |
| | | ██████████████████████ ██████ | ██ | ██ |
| | | ██████████████████████ ██████ | ██ | ██ |
| | | █████████ ████████████████████ | | |
| 06/15/20 | CMJ | ████████████████ follow up with Melinda Beverly's attorney regarding subpoena. | ██ | ██ |
| | | ██████████████████████ ██ | ██ | ██ |
| | | ██████████████████████████ | ██ | ██ |
| | | ████████████████████████████ | | |
| 06/15/20 | CFC | Review and assess email exchanges with Melinda Beverly's counsel regarding issues relative to subpoena; email exchanges with client regarding same. | 0.70 | 175.00 |
| | | ██████████████████████ ██████ | ██ | ██ |
| | | ██████████████████████ ██████ | ██ | ██ |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 59

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ███ | | ███████████████ | ██ | ██ |
| 06/18/20 | CMJ | Prepare for and attend conference call with Melinda Beverly's attorney regarding subpoenas and supplemental responses; exchange emails with client regarding same. | 1.10 | 275.00 |
| ███ | | ███████████████ | ██ | ██ |
| 06/18/20 | CFC | Prepare for telephone call with Melinda Beverly's counsel regarding subpoena related issues; review and assess subpoenas and prior email exchanges relative to same. | 0.70 | 175.00 |
| 06/18/20 | CFC | Telephone call with Melinda Beverly's counsel regarding issues relative to subpoenas and prior subpoena production; coordinate with CMJ on same following same; email exchanges with client regarding outcome of same and case related matters. | 1.40 | 350.00 |
| ████████ | | ████████ | ██ | ██ |
| ████████ | | ██████████ | ██ | ██ |
| ████████ | | ████████ | ██ | ██ |
| ████████ | | ███ | ██ | ██ |
| ████████ | | ██████████ | ██ | ██ |
| ████████ | | ██████████ | ██ | ██ |
| ████████ | | █████ | ██ | ██ |
| ███ | | ██████████ | ██ | ██ |
| ███ | | ███████ | ██ | ██ |
| ███ | | ████████ | ██ | ██ |
| ███ | | ████████ | ██ | ██ |
| ████████ | | ██ | ██ | ██ |
| ████████ | | ████ | ██ | ██ |
| ████████ | | █████████ | ██ | ██ |
| | | █████ | | |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 61

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | ██████████████ | | |
| ██████████████████ | | ██████████████ | ██ | ██ |
| | | ██████████████ | | |
| ██████████████████ | | ██████████████ | ██ | ██ |
| ██████████████████ | | ██████████████ | ██ | ██ |
| | | ████████ | | |
| ██████████████████ | | ████████ | ██ | ██ |
| ██████████████████ | | ██████████ | ██ | ██ |
| ██████████████████ | | ██████████████ | ██ | ██ |
| ██████████████████ | | ██████████████ | ██ | ██ |
| ██████████████████ | | ██████████ | ██ | ██ |
| ██████ | | ██████████ | ██ | ██ |
| ██████ | | ██████████████ | ██ | ██ |
| ██████████████████ | | | ██ | ██ |
| | | ████████ | | |
| ██████████████████ | | ████████ | ██ | ██ |
| ██████████████████ | | ████████████ | ██ | ██ |
| ██████████████████ | | ██████████████ | ██ | ██ |
| ██████████████████ | | ██████████████ | ██ | ██ |
| ██████ | | | | |
| 06/29/20 | CMJ | Attempt telephone conference with Ralph Shelton regarding Melinda Beverly's subpoena responses, and leave voicemail; email counsel regarding same. | 0.10 | 25.00 |
| | | ██████████████ | | |
| 06/29/20 | CFC | Coordinate with CMJ regarding status of communications with Melinda Beverly's counsel; review and assess email to same regarding same. | 0.20 | 50.00 |
| | | ██████████████ | ██ | ██ |
| ██████ | | ██████████████ | ██ | ██ |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 62

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ██████ | | ████████████████████████ ██████ | ██ | ███ |
| ██████ | ████ | ████████████████████████████ █████████████ | ██ | ███ |
| ██████████ | | ███████████████████████████ ███████████ | ██ | ███ |
| ███████████ | | ████████████████████████████ ██ | ██ | ███ |
| ████████████████ | | ██████████████████████████ ████████████ | ██ | ███ |
| 07/06/20 | CMJ | Attempt follow-up with Melinda Beverly's attorney and leave voicemail. | 0.10 | 25.00 |
| ████████████████ | | ████████████████████████ ███████████ | | |
| ██████████ | | ████████████████████████ █████████ | ██ | ███ |
| ██████ | | ████████████████████ █████ | ██ | ███ |
| ██████████ | | ███████████████████████ █████ | ██ | ███ |
| ████████████████ | | █████████ | ██ | ███ |
| ██████████ | | ████████████████████████████ | ██ | ███ |
| ████████████████ | | ██████████████████████████ ████████ | ██ | ███ |
| ██████ | | ██████████████████████ ████████ | ██ | ███ |
| ████████████████ | | ████ | ██ | ███ |
| 07/07/20 | CMJ | Telephone conference with Mr. Shelton regarding Melinda Beverly's subpoena response. | 0.10 | 25.00 |
| ████████████████ | | ██████████████████████████ | ██ | ███ |
| ██████████████ | | ███████████████████████ | ██ | ███ |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 64

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|



07/16/20  CFC   Review and assess email exchange with Ralph Shelton regarding status of supplemental production in response to subpoena; coordinate with CMH on same; review and assess email exchange with client regarding same.  0.30  75.00

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 65

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ███ | | ███████████████████████ ██████████ | ██ | ██ |
| ███████████████████████████ | | █████ | ██ | ██ |
| ██████████████████████████ | | ███ | ██ | ██ |
| ██████████████████████████ | | █████████ | ██ | ██ |
| █████████████████████████ | | ████ | ██ | ██ |
| █████████████████████ | | ████████████ | ██ | ██ |
| 07/23/20 | CMJ | Attempt phone calls to Melinda Beverly's counsel regarding subpoena response. | 0.20 | 50.00 |
| ███ | | ████████████████████████ ███████ | ██ | ██ |
| ████████████████ | | | ██ | ██ |
| ███████████████████████████ | | ████████████ | ██ | ██ |
| ██████████████████████ | | █████████ | ██ | ██ |
| ██████████████████████████ | | ████████ | ██ | ██ |
| ████████████████████ | | | ██ | ██ |
| ████████████████████ | | | ██ | ██ |
| ██████████████████ | | ███████ | ██ | ██ |
| ████████████████████ | | █████████ | ██ | ██ |
| █████████████████ | | | ██ | ██ |
| 07/31/20 | CMJ | Attempt phone call to Ralph Shelton. | 0.10 | 25.00 |
| ███████████████████ | | | ██ | ██ |
| ███ | | ████████████████████ | ██ | ██ |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 66

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | ██████████████████████ | ██ | ██ |
| ██████ | | ████████████████████████████████ | ██ | ██ |
| ██████ | | ██████████████████████████████████ | ██ | ██ |
| | | ██████████ | | |
| 08/03/20 | CMJ | Attempt phone call to Ralph Shelton and leave message with receptionist regarding Melinda Beverly subpoena records. | 0.10 | 25.00 |
| | | ████████████████████████████████ | ██ | ██ |
| | | ████████████████████ | | |
| | | ████████████████████████████████ | ██ | ██ |
| | | ████████████████████ | | |
| 08/04/20 | CMJ | Attempt phone call to Melinda Beverly's attorney; send follow-up email regarding same. | 0.10 | 25.00 |
| | | ██████████████████████████████████ | ██ | ██ |
| | | ████████████████ | | |
| 08/07/20 | CMJ | Telephone conference with Ralph Shelton regarding Melinda Beverly subpoena documents. | 0.20 | 50.00 |
| | | ████████████████████████████████ | | |
| | | ██████████████████████████████████ | | |
| | | ████████████████████████████████ | ██ | ██ |
| | | ████████████████████████████████ | | |
| | | ████████████████████ | ██ | ██ |
| | | ████████████████████████████████ | ██ | ██ |
| 08/13/20 | CMJ | Discuss ongoing issues with Mr. Mounteer; send follow-up email to Ralph Shelton regarding Melinda Beverly subpoena. | 0.40 | 100.00 |
| | | ████████████████████████████████ | ██ | ██ |
| | | ██████████████ | | |
| | | ██████████████████████ | ██ | ██ |
| | | ████████████ | | |
| | | ████████████████████████████████ | ██ | ██ |
| | | ████████████████ | | |
| | | ████████████████████████████ | ██ | ██ |
| | | ████████████████████████████████ | ██ | ██ |
| | | ████████████████████████ | | |
| | | ████████████████████████████ | ██ | ██ |
| | | ████████████████████ | | |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 67

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | ███████████████████████ | | |
| 08/13/20 | CFC | Review and assess email to Ralph Shelton regarding follow up on subpoena issues and production. | 0.10 | 25.00 |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 68

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ███ | | ██████ | ██ | ██ |
| | | ██████ | | |
| ███ | | ████████ | ██ | ██ |
| | | ████████ | | |
| ███ | | ████████ | ██ | ██ |
| | | ███ | | |
| 09/01/20 | CMJ | ██████ exchange emails with counsel for Melinda Beverly regarding subpoena response. | ██ | ██ |
| ██ | | ██████ | ██ | ██ |
| ██ | | ████████ | ██ | ██ |
| | | ██ | | |
| ████ | | ██████ | ██ | ██ |
| ████ | | ███████ | ██ | ██ |
| ████ | | ███ | ██ | ██ |
| ████ | | ███ | ██ | ██ |
| | | ██████ | | |
| | | ███████ | | |
| | | ███████ | | |
| | | ██████ | | |
| ████ | | ██ ██████ | ██ | ██ |
| 09/01/20 | CFC | Review and assess email to Ralph Shelton regarding issues relative to subpoenas, non-response and non-production in response to same, and deadline for same; review and assess email from client regarding Melinda's other former counsel. | 0.20 | 50.00 |
| ██ | | ██████ | ██ | ██ |
| ██ | | ██████ | ██ | ██ |
| ████ | | ██████ | ██ | ██ |
| ██ | | ██ | | |
| ████ | | ██████ | ██ | ██ |
| | | ██████ | | |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 69

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ██████ | | ██████████████████████ | ██ | ██ |
| ██████ | | ██████████████████████ | ██ | ██ |
| ██████ | | ██████████████████████ | ██ | ██ |
| ██████ | | ██████████████████████ | ██ | ██ |
| ██████ | | ██████████████████████ | ██ | ██ |
| ██████ | | ██████████████████████ | ██ | ██ |
| ██████ | | ██████████████████████ | ██ | ██ |
| ██████ | | ██████████████████████ | ██ | ██ |
| ██████ | | ██████████████████████ | ██ | ██ |
| ██████ | | ██████████████████████ | ██ | ██ |
| ██████████ | | ██████████████████████ | ██ | ██ |
| 09/09/20 | CMJ | Assess, analyze and review email from client; legal research regarding enforcement of subpoena against Melinda Beverly; discuss same with Mr. Mounteer. | 1.00 | 250.00 |
| ██████ | | ██████████████████████ | ██ | ██ |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 71

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | ████████████████████ | | |
| ████ | | ████████████████████ | ██ | ██ |
| | | ████████████ | | |
| 09/18/20 | CMJ | Strategy discussion with Mr. Mounteer regarding subpoena enforcement and amended complaint. | 0.40 | 100.00 |
| ███████████ | | ████████████████ | ██ | ██ |
| | | ████████████████████ | | |
| | | █ | | |
| ████████████████████ | | | ██ | ██ |
| | | ████████ | | |
| ████████████████████ | | | ██ | ██ |
| | | ████████████████ | | |
| ████████████████████ | | | ██ | ██ |
| | | ████ | | |
| ████████████████████ | | | ██ | ██ |
| | | ████████████████████ | | |
| | | ████████████████ | | |
| 09/21/20 | CMJ | Review client comments on outstanding issues; forward email to Melinda Beverly's attorney to client; review legal research on compelling subpoena response. | 0.20 | 50.00 |
| ████████████████████ | | | ██ | ██ |
| | | ████████ | | |
| ████████████████████ | | | ██ | ██ |
| | | ████████████████ | | |
| 09/21/20 | CSM | Follow up and direct associate on subpoena enforcement in CA and new subpoena to Melinda's prior counsel. | 0.50 | 125.00 |
| ████████████████████ | | | ██ | ██ |
| | | ████████████ | | |
| ████████████████████ | | | ██ | ██ |
| | | ████████████ | | |
| ████████████████████ | | | ██ | ██ |
| | | ████████████████ | | |
| | | ████████████ | | |
| ████████████████████ | | | ██ | ██ |
| | | ████ | | |
| 09/23/20 | CMJ | Discussions with Mr. Mounteer and Mr. Moser regarding amended complaint and motion to enforce subpoena. | 0.30 | 75.00 |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 72

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ████ | | ████████████████████████████ | ██ | ███ |
| | | ██████████████████ | | |
| ████ | | ██████████████████████████████████ | ██ | ███ |
| | | ████████████████████████ | | |
| 09/24/20 | JMM | Verify and research local rules relating to enforcement of subpoena in a different federal district court for purposes of Melinda Beverly subpoena. | 1.70 | 425.00 |
| 09/24/20 | JMM | Legal research in conjunction with beginning to draft supplements to motion to compel Melinda Beverly to produce documents in response to subpoena. | 2.20 | 550.00 |
| 09/24/20 | CMJ | Organize chronology of interactions with Ralph Shelton for motion to compel Melinda Beverly subpoena response. | 0.40 | 100.00 |
| ████ | | ██████████████████████████ | ██ | ███ |
| ████ | | ██████████████████████████ | ██ | ███ |
| | | ████████ | | |
| 09/24/20 | CSM | Analysis and strategy enforcing CA subpoena, and further direct associate on same. | 0.20 | 50.00 |
| 09/25/20 | JMM | Prepare stipulation required under local rules regarding discovery dispute; conduct legal research of Central District of California rules to supplement same. | 1.80 | 450.00 |
| 09/25/20 | CMJ | Legal research regarding enforcement of subpoena to Melinda Beverly. | 0.30 | 75.00 |
| 09/25/20 | CSM | Strategize with counsel regarding subpoena to Melinda's prior counsel and direct associate on same. | 0.30 | 75.00 |
| 09/25/20 | CSM | Research local CA rules, review and supplement stipulation to Melinda's counsel pursuant to local rules, and strategize with counsel. | 0.60 | 150.00 |
| ████ | | ██████████████████████████ | ██ | ███ |
| | | ██████████████████████ | | |
| 09/25/20 | CFC | Review, assess, and evaluate stipulation regarding discovery dispute; research local rules in California central district court; coordinate with JMM and CSM on same. | 1.20 | 300.00 |
| 09/28/20 | JMM | Review and revision of stipulation for discovery motion. | 0.40 | 100.00 |
| 09/28/20 | JMM | Send email to client regarding stipulation and purpose of same. | 0.10 | 25.00 |
| ████ | | ████████████████████████ | ██ | ███ |
| | | ████████████ | | |
| ████ | | ██████████████████████████ | ██ | ███ |
| | | ████████████████ | | |
| ████ | | ██████████████████ | ██ | ███ |
| 09/28/20 | CSM | Strategize with counsel approach toward Melinda's current counsel, and strategize regarding motion to enforce. | 0.30 | 75.00 |
| ████ | | ████████████████████████████ | ██ | ███ |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 73

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | ███████████████ | | |
| 09/28/20 | CFC | Review, edit, and revise stipulation regarding discovery dispute on subpoenas; coordinate with JMM on issues relative to same; review and assess email to opposing counsel regarding same; review and assess email exchanges with client regarding same. | 0.80 | 200.00 |
| 09/29/20 | JMM | Assess, analyze, and review email and attachments from client providing context regarding dispute with and document requests to M. Beverly and her attorney; respond to same regarding same. | 0.30 | 75.00 |
| | | ███████████████ | ██ | ██ |
| | | ███████████████ | ██ | ██ |
| | | ███████████ | | |
| 09/29/20 | CFC | Review and assess email exchanges with client regarding issues relative to subpoenas; coordinate with JMM on same and new subpoena. | 0.30 | 75.00 |
| | | ███████████████ | ██ | ██ |
| | | ██████████ | | |
| | | ███████████████ | ██ | ██ |
| | | ██████ | | |
| 09/30/20 | JMM | Continue supplementing notice of motion and motion to compel Melinda Beverly and Schiff & Shelton to respond to subpoenas; begin preparation of draft declarations for Mssrs. Clement and Jayne to support motion to compel. | 1.70 | 425.00 |
| | | ███████████████ | ██ | ██ |
| | | ███████████ | | |
| | | ███████████ | ██ | ██ |
| | | █████████ | | |
| | | ███████████████ | ██ | ██ |
| | | ████████ | | |
| 10/01/20 | JMM | Review and revision of declarations in support of motion to compel; email to Mssrs. Clement and Jayne for review and supplementation, if necessary. | 0.90 | 225.00 |
| 10/01/20 | JMM | Continue legal research and supplementation of motion to compel. | 2.40 | 600.00 |
| | | ███████████████ | ██ | ██ |
| 10/01/20 | CMJ | Review and revise declaration regarding subpoena to Melinda Beverly. | 0.20 | 50.00 |
| | | ███████████████ | ██ | ██ |
| 10/01/20 | CSM | Analysis and strategy regarding declarations to in support of motion to compel, and direct associate on same. | 0.30 | 75.00 |
| | | ███████████████ | ██ | ██ |
| | | █████████ | | |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 74

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/02/20 | CSM | Analysis and strategy regarding fees on motion to compel. | 0.30 | 75.00 |
| 10/02/20 | CSM | Telephone conference with client regarding motion to compel and discovery strategy. | 0.40 | 100.00 |
| 10/02/20 | JMM | Telephone conference with client regarding motion to compel and request for attorney fees ███████████████████████ | 0.40 | 100.00 |
| 10/02/20 | JMM | Continue legal research in conjunction with supplementing motion to compel; further review of applicable local rules, telephone call and leave message for court clerk's office regarding mandatory chambers copies, and review and revision of motion to ensure compliance with applicable local rules. | 3.30 | 825.00 |
| ███████████████████████████ | | ███████ | ██ | ██ |
| ███████████████████████████ | | ███████████████ | ██ | ██ |
| ███████████████████████████ | | | | |
| ███████████████████████████ | | █████████ | ██ | ██ |
| ███████████████████████████ | | | ██ | ██ |
| 10/02/20 | JMM | Further research regarding case caption for enforcement of out-of-district subpoena enforcement; review and revision of motion to compel accordingly. | 0.80 | 200.00 |
| 10/02/20 | JMM | Review and revision of motion to compel to incorporate citations to declarations of CFC and CMJ throughout, and make final revisions to finalize same. | 0.40 | 100.00 |
| ███████████████████████████ | | ████████████ | ██ | ██ |
| 10/02/20 | CSM | Analysis and strategy pleading and CA rules for motion to compel. | 0.40 | 100.00 |
| 10/02/20 | CFC | Review, edit, and revise motion to compel compliance with subpoena and declaration in support of same; coordinate with JMM and CMJ on same. | 1.40 | 350.00 |
| ███████████████████████████ | | ███████ | ██ | ██ |
| 10/05/20 | JMM | Receipt and review voice message from C.D. Cal. court clerk regarding provision of hard copies to chambers upon filing of motion. | 0.10 | 25.00 |
| 10/05/20 | JMM | Draft detailed proposed order granting motion to compel; preparation of notice of interested parties to be filed with motion and related documents. | 1.30 | 325.00 |
| 10/05/20 | CSM | Analysis and strategy regarding motion to compel. | 0.30 | 75.00 |
| ███████████████████████████ | | | ██ | ██ |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 75

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | ████████████████████████ | | |
| 10/06/20 | JMM | Coordinate with paralegal regarding tables of contents and authorities for motion to compel; gather and organize exhibits to same; coordinate with staff for identification of exhibits, completion of civil cover sheet, filing of all necessary documents, and initiation of new miscellaneous action. | 1.60 | 400.00 |
| 10/06/20 | LAD | Make technical revisions to motion to compel; mark all cited authorities and prepare table of contents and table of authorities for motion to compel; finalize same. | 2.10 | 367.50 |
| 10/06/20 | LAD | Prepare exhibits to motion to compel and bates stamp pursuant to local rules. | 0.80 | 140.00 |
| 10/06/20 | LAD | Revise declaration of Collin Jayne, Esq. and Chad Clement, Esq. and finalize same. | 0.80 | 140.00 |
| 10/06/20 | CSM | Follow up and strategy regarding services of motion pending time period running on proposed stipulation on subpoenaed documents. | 0.30 | 75.00 |
| 10/06/20 | CSM | Review and strategy regrading proposed order on motion to compel responses, and direct associate on same. | 0.30 | 75.00 |
| 10/06/20 | CFC | Review, assess, and evaluate opposing counsel's and Melinda Beverly's non-response to stipulation to motion to compel compliance with subpoenas; coordinate with JMM and CSM on same; coordinate with JMM and staff on issues relative to filing of motion to compel; email exchanges with client regarding same. | 0.70 | 175.00 |
| 10/06/20 | CFC | Review, edit, and finalize motion to compel, notice of same, declarations, exhibits, and proposed order; coordinate with JMM and staff on same and local rule requirements for filing. | 1.20 | 300.00 |
| 10/07/20 | JMM | Exchange emails with client regarding questions about declaration in support of motion to compel. | 0.20 | 50.00 |
| ████████ | ██████████████████ | | ██ | ██ |
| ████████ | ██████████████████ | | ██ | ██ |
| 10/07/20 | CFC | Email to client regarding filing of motion to enforce subpoenas; email exchanges with same regarding issues relative to same. | 0.40 | 100.00 |
| ████████ | ███████████ | | ██ | ██ |
| ████████ | ████████████████████████ | | ██ | ██ |
| ████████ | ███████████████████████ | | ██ | ██ |
| ████████████████████████████████ | | | | |

**MARQUIS AURBACH COFFING P.C.**

| Interior Electric NV, Inc. | | | December 23, 2020 |
|---|---|---|---|
| | | | Invoice 362009 |
| | | | Page 76 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | ██████████████████████ ███████████████ | | |
| 10/08/20 | JMM | Receipt and review notice of electronic filing and corresponding text docket entry regarding hearing on motion to compel compliance with subpoena; legal research of C.D. Cal. requirements regarding notice and develop and implement plan of action relative to same. | 0.40 | 100.00 |
| 10/08/20 | JMM | Receive telephone call from Ralph Shelton regarding motion and subpoenas and anticipated response to same; assess, analyze, and review email chain provided by Mr. Shelton; exchange subsequent emails with client regarding same. | 0.70 | 175.00 |
| 1█████████████████████████████ ██████████████████████████ | | | ██ | ██ |
| ████████████████████████████ ██████████████████ | | | ██ | ██ |
| 10/08/20 | CSM | Assess, analyze and review notice of assignment to magistrate judge, research magistrate, and assess, analyze and review notice of hearing and issues with same. | 0.30 | 75.00 |
| 10/08/20 | CSM | Assess, analyze and review various documents received from Mr. Shelton and strategize regarding additional documents that have still not been produced and strategy for putting pressure to acquire same. | 0.50 | 125.00 |
| █████████████████████████ | | | ██ | ██ |
| ██████████████████████████████ ███████████████████ | | | ██ | ██ |
| 10/08/20 | CFC | Review and assess assignment of judges; email to client regarding same. | 0.20 | 50.00 |
| 10/08/20 | CFC | Review and assess notice of hearing on motion to compel compliance with subpoena; email exchange with client regarding same, scheduling conflict on same, and next steps. | 0.30 | 75.00 |
| 10/08/20 | CFC | Review, assess, and evaluate issues relative to service of motion to compel on Ralph Shelton's office and continuance of hearing due to scheduling conflict; coordinate with JMM and staff regarding same. | 0.80 | 200.00 |
| █████████████████████████ ███████████ | | | ██ | ██ |
| 10/08/20 | CFC | Review and assess emails from Ralph Shelton forwarding prior email exchanges between Matt Ryba and Melinda Beverly's counsel and other documents in response to subpoena; review and assess same; review and assess email exchanges with client regarding same and communications with Ralph Shelton. | 0.80 | 200.00 |
| ████████████████████████ █████████████ | | | ██ | ██ |
| 10/09/20 | JMM | Receipt and review second email from R. Shelton regarding subpoena responses, and assess, analyze, and review numerous documents and communications attached to same. | 0.80 | 200.00 |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 77

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/09/20 | CMJ | Assess, analyze and review documents received from Ralph Shelton regarding Melinda Beverly. | 0.20 | 50.00 |
| | | ███████████████████████ | ██ | ██ |
| | | █████████████ | | |
| | | ████████████████ | ██ | ██ |
| | | ███████████████████████████ | ██ | ██ |
| | | █████ | | |
| | | ████████████████████████ | ██ | ██ |
| | | ████████████████████████ | | |
| | | █████████████ | | |
| 10/12/20 | JMM | Review local rules for C.D. Cal. to assess and evaluate briefing deadlines for motion to compel in conjunction with developing plan of action relative to responding to R. Shelton about supplemental production of additional documents still known to exist and scheduling of hearing. | 0.50 | 125.00 |
| | | ██████████████████████ | ██ | ██ |
| | | ███████████████ | | |
| | | ███████████████████████ | ██ | ██ |
| | | █████ | | |
| 10/12/20 | CFC | Review and assess email exchanges with client regarding NDA and timeline of events relative to Ryba's disclosure of information to Melinda; review and assess same. | 0.20 | 50.00 |
| 10/12/20 | CFC | Review and assess issues relative to rescheduling hearing on motion to compel compliance with subpoena and communications with Melinda Beverly's counsel regarding subpoena response; coordinate with JMM on same. | 0.40 | 100.00 |
| | | ██████████████████████ | ██ | ██ |
| | | █████████████████████████ | | |
| | | █████████████████████████ | | |
| | | █████████████████████████ | | |
| | | █████████████████ | | |
| | | ████████████████████████ | ██ | ██ |
| | | █████████████ | | |
| | | ████████████████ | ██ | ██ |
| | | █████████ | | |
| | | ████████████████████████ | ██ | ██ |
| | | ████████████████ | | |
| | | ████████████████████████ | ██ | ██ |
| | | █████████████████ | | |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 78

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ██ | | ███████████████████████ | ██ | ██ |
| | | ██████████████████████ | | |
| | | ████████████████ | | |
| ██ | | ████████████████████ | ██ | ██ |
| | | ███████████████████ | | |
| | | █████████ | | |
| ██ | | ████████████████████ | ██ | ██ |
| | | ██████ | | |
| ████ | | ██████████████████████ | ██ | ██ |
| | | ██ | | |
| ███ | | █████████████████ | ██ | |
| ██ | | █████████████████████████ | ██ | ██ |
| | | ██████████████████████ | | |
| | | ██████████████████████ | | |
| | | ████████████████ | | |
| ██ | | ██████████████████████ | ██ | ██ |
| | | ████████████████████ | | |
| | | ██████████████████████ | | |
| | | █████████ | | |
| ██ | | ██████████████████████ | ██ | ██ |
| | | ██████ | | |
| ██ | | █████████████████████ | ██ | ██ |
| | | ██████████████████████ | | |
| | | ██ | | |
| ██ | | ███████████████████ | ██ | ██ |
| | | ██████████████████ | | |
| | | ██ | | |
| ██ | | ██████████████████████ | ██ | ██ |
| | | █████████████████ | | |
| 10/14/20 | CFC | Coordinate with JMM on issues relative to new subpoena to Melinda Bevery's former counsel and law firm; review and assess email exchanges with client regarding same; email exchanges with same regarding same and other case related issues. | 0.70 | 175.00 |
| ██ | | ██████████████████████ | ██ | ██ |
| | | ███████████████ | | |
| ██ | | █████████████████████ | ██ | ██ |
| | | ████████ | | |
| ██ | | █████████████████████ | ██ | ██ |
| | | ██████████████ | | |
| ██ | | ███████████████████ | ██ | ██ |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 79

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | ███████████ | | |
| ███████████████████████████ | | | ██ | ███ |
| | | ██████████████ | | |
| ███████████████████████████████ | | | ██ | ███ |
| 10/15/20 | CFC | Review and assess proof of service of motion to enforce subpoena on opposing counsel. | 0.10 | 25.00 |
| ████████████████████████████████████ | | | ██ | ███ |
| | | ███████████████████████████ | | |
| | | ███████████████████████████ | | |
| ████████████████████████████████████ | | | ██ | ████ |
| | | ████████████████████████ | | |
| | | ██████████████████████████ | | |
| | | ███ | | |
| ███████████ | | | ██ | ███ |
| | | ██████████████ | | |
| ████████████████████ | | | ██ | ███ |
| ███████ | | ██████████████████████ | ██ | ███ |
| | | ███████████████ | | |
| ████████████████████████ | | | ██ | ████ |
| | | █████████████████ | | |
| 10/17/20 | JMM | Review notes, subpoenas, and prior communications in conjunction with sending follow-up email to R. Shelton regarding deficient production, anticipated supplement, and rescheduling of hearing date; forward same to client. | 0.50 | 125.00 |
| ███████████████████ | | | ██ | ███ |
| 10/17/20 | CFC | Review and assess email to opposing counsel regarding motion to compel compliance with subpoena and prior communications and non-production; review and assess email exchange with client regarding same. | 0.20 | 50.00 |
| ████████████████████████ | | | ██ | ███ |
| | | ████████████████████████ | | |
| 10/19/20 | JMM | Telephone call with Ralph Shelton regarding perceived deficiencies in subpoena responses and anticipated supplement to same; send follow-up email to client and team regarding same. | 0.70 | 175.00 |
| 10/19/20 | JMM | Receipt and review voice message from R. Shelton regarding update on subpoena production; telephone call and leave message for same regarding same; subsequent telephone call with same regarding same. | 0.30 | 75.00 |
| 10/19/20 | JMM | Review message regarding instruction from courtroom deputy regarding continuance of hearing date; review local rules to ensure compliance, in conjunction with preparing stipulation and proposed order for same; | 1.00 | 250.00 |

**MARQUIS AURBACH COFFING P.C.**

| Interior Electric NV, Inc. | | | December 23, 2020 |
|---|---|---|---|
| | | | Invoice 362009 |
| | | | Page 80 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | email Mr. Shelton regarding same. | | |
| | | ███████████████ | ██ | ██ |
| | | ███████████████ | ██ | ██ |
| | | ███████████████ | ██ | ██ |
| | | ███████████████ | ██ | ██ |
| | | ███████████████ | ██ | ██ |
| 10/19/20 | CSM | Analysis and strategy regarding documents that are within Melinda's possession regardless what law firm they are with. | 0.30 | 75.00 |
| | | ███████████████ | ██ | ██ |
| | | ███████████████ | ██ | ██ |
| 10/19/20 | CFC | Review, assess, and evaluate issues relative to subpoenas, production, and communications with Ralph Shelton. | 0.30 | 75.00 |
| | | ███████████████ | ██ | ██ |
| 10/19/20 | CFC | Review and assess email to Ralph Shelton regarding stipulation to continue hearing on motion to compel; review and assess same and proposed order. | 0.20 | 50.00 |
| | | ███████████████ | ██ | ██ |
| 10/20/20 | JMM | Receive message from return call from C.D. Cal. courtroom administrator regarding anticipated stipulation and order to continue hearing; send follow-up email to R. Shelton regarding same. | 0.20 | 50.00 |
| | | ███████████████ | ██ | ██ |
| | | ███████████████ | ██ | ██ |
| | | ███████████████ | ██ | ██ |
| | | ███████████████ | ██ | ██ |
| | | ███████████████ | ██ | ██ |
| | | ███████████████ | ██ | ██ |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 81

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ████████████ | | | | |
| 10/20/20 | CFC | Review and assess joint stipulation and order to continue hearing on motion to compel compliance with subpoena; review and assess email to chambers regarding same and proposed order. | 0.20 | 50.00 |
| ████████████ | | | ██ | ██ |
| 10/23/20 | JMM | Assess, analyze, and review email from R. Shelton regarding anticipated subpoena responses, forthcoming custodian of records affidavit, and discussions with Sullivan Law; strategize regarding necessary future action and upcoming hearing in light of same. | 0.20 | 50.00 |
| 10/23/20 | CSM | Analysis and strategy regarding additional communications from Melinda's counsel concerning documents in Melissa's possession. | 0.20 | 50.00 |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 82

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/23/20 | CFC | Review and assess email exchanges with Ralph Shelton regarding issues relative to subpoena production; coordinate with JMM on same. | 0.20 | 50.00 |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 84

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | | | |

11/11/20  JMM   Review California case docket to assess and evaluate status of filings          0.70          175.00

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 85

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | relating to motion to compel; review local rules regarding failure to oppose motions; prepare notice of non-opposition and strategize regarding timing of filing same. | | |
| ███████ | ███████ | ███████████████████████████ ███████████████████████ | ███ | ████ |
| ███████ | ███ | ████████████████████████████ | ███ | ████ |
| ███████ | ███████ | █████████████████████████████ ████████████████ | ███ | ████ |
| ███████ | ███████ | ██████████████████████████████ ██████████ | ███ | ████ |
| ███████ | ███████ | ██████████████████ | ███ | ████ |
| ███████ | ███████ | ██████████████████ | ███ | ████ |
| ███████ | ███ | ██████████████████████ ██████████ | ███ | ████ |
| ███████ | ███████ | ████████████████████████ ███████ | ███ | ████ |
| ███████ | ███████ | █████████████████████████████ ████████████████████ | ███ | ████ |
| ███████ | ███████ | █████████████████████████████████ | ███ | ████ |
| 11/23/20 | JMM | Analysis and strategy regarding timing of filing notice of non-opposition and request for telephonic appearance; review and revision of same, and coordinate with staff to finalize and file notice, and to coordinate with courtroom deputy for telephonic appearance. | 0.20 | 50.00 |
| 11/23/20 | CSM | Analysis and strategy regarding response to motion to compel in CA, and direct associate to file notice of non-opposition. | 0.20 | 50.00 |
| 11/23/20 | CFC | Review and assess notice of non-opposition to motion to compel; coordinate with JMM on same. | 0.20 | 50.00 |
| 11/24/20 | JMM | Receipt and review notice of electronic filing and court's corresponding docket text advising that motion to compel is off calendar and taken under submission; receipt and review email from Ralph Shelton received almost immediately after, and email client regarding both. | 0.30 | 75.00 |
| 11/24/20 | JMM | Assess, analyze, and review multiple attachments to email from Ralph Shelton regarding subpoena responses; receipt and review subsequent voice message from Mr. Shelton regarding same. | 0.40 | 100.00 |
| ███████ | ███████ | ██████████████████████████████████ | ███ | ████ |
| 11/24/20 | CFC | Review and assess minute order regarding motion to compel and upcoming hearing on same; review and assess email exchanges with client regarding same, non-opposition, and recent communications with | 0.30 | 75.00 |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 86

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | opposing counsel. | | |
| | | ██████████████████████████ ██████ | ██ | ██ |
| 11/30/20 | JMM | Receipt and review voice message from Ralph Shelton; exchange subsequent emails with same, and review documents provided; forward same to client for review and record. | 0.30 | 75.00 |
| 11/30/20 | CSM | Assess, analyze and review responses from Melinda's counsel, and strategize and direct associate on responding to same. | 0.30 | 75.00 |
| 11/30/20 | CFC | Review and assess email exchanges with opposing counsel regarding issues relative to subpoena, production, and motion to compel; coordinate with JMM on same; review and assess email exchanges with client regarding same. | 0.40 | 100.00 |
| | | ████████████████████████ ██████████████████████ ██████████████████████ | ██ | ██ |
| 12/02/20 | CFC | Review, assess, and evaluate status and issues relative to subpoena; coordinate with JMM on same; review and assess email to client regarding same. | 0.30 | 75.00 |
| | | ████████████████████ ██████████████████████████ ██████████████████████ ████████████ | ██ | ██ |
| 12/07/20 | JMM | Receipt and review notice of electronic filing, and assess, analyze, and review court's corresponding order granting client's motion to compel; strategize action to be taken in light of same; send follow-up emails to client regarding same. | 0.60 | 150.00 |
| | | ████████████████████████ ████████ ████████████████ | ██ | ██ |
| 12/07/20 | CFC | Review and assess order granting motion to compel compliance with subpoenas; coordinate with JMM regarding same and next steps on same; review and assess email exchange with client regarding same. | 0.80 | 200.00 |
| 12/08/20 | JMM | Coordinate with staff for preparation and filing of certificate of service of court's minute order regarding motion to compel; subsequent receipt and review notice of electronic filing and corresponding certificate. | 0.20 | 50.00 |
| | | ████████████████████████ ████████████████████ | ██ | ██ |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 88

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | ████████████████ | | |
| ████████████████████████████ | | | ██ | ██ |
| | ████ | | | |
| ████████████████████████████████ | | | ██ | ██ |
| | ██ | | | |
| ██████████████████████████████████ | | | ██ | ██ |
| | ████ | | | |
| ██████████████████████████████ | | | ██ | ██ |
| █████████████████████████████████ | | | ██ | ██ |
| ██████████████████████████████ | | | ██ | ██ |
| ███████████████████████████ | | | ██ | ██ |
| | ████████████ | | | |
| ███████████████████████████ | | | | ██ |
| | ██████████ | | | |
| ██████████████████████████ | | | ██ | ██ |
| ██████████████████████████ | | | ██ | ██ |
| | ██ | | | |
| █████████████████████████ | | | ██ | ██ |
| ██████████████████████████████ | | | | |
| ██████████████████████████ | | | | |
| | ████ | | | |
| █████████████████████████ | | | ██ | ██ |
| ██████████████████████ | | | | |
| | ██████████ | | | |
| ███████████████████████████████ | | | ██ | ██ |
| | ██████ | | | |
| 12/23/20 | JMM | Legal research regarding any unique requirements for attorney's fee requests in the Central District of California in preparation to draft documents to recover fees for motion to compel Melinda Beverly and Ralph Shelton. | 0.30 | 75.00 |
| 12/23/20 | JMM | Prepare detailed declaration in support of request for attorney fees relating to motion to compel. | 1.10 | 275.00 |
| 12/23/20 | JMM | Review combined invoice from January 2019 through December 2019 to identify entries relevant to subpoenas, and redact irrelevant and privileged content. | 4.00 | 1,000.00 |

**Total Fees** ██████ ████████

| Disbursements | | |
|------|-------------|--------|
| **Date** | **Description** | **Amount** |
| | Copies | ████ |

**MARQUIS AURBACH COFFING P.C.**

Interior Electric NV, Inc.

December 23, 2020
Invoice 362009
Page 89

| Date | Description | Amount |
|------|-------------|--------|
| | ███████████████ | ███ |
| | █████████ | ████ |
| | ████ | ███ |
| ███ | ███████████████ | ████ |
| 02/03/20 | Check Issued;  Attempted service to Melinda Beverly;  Report to Court | 95.00 |
| 02/19/20 | Check Issued;  Attempted service to Schiff & Shelton;  Report to Court | 95.00 |
| ███ | ███████████████ | ████ |
| | █████████ | ████ |
| ███ | █████████████ | █ |
| ███ | ███████████████ | ████ |
| ███ | ███████████████ | ████ |
| ███ | ██████████████ | ████ |
| ███ | ██████████████ | ████ |
| ███ | ████████████████ | ████ |
| ███ | ████████████████ | ████ |
| ███ | ███████████████████ | ███ |
| ███ | ████████████████ | ████ |
| ███ | ████████████████ | ████ |
| ███ | ██████████████████████ | ████ |
| ███ | ████████████████ | ████ |
| ███ | █████████████ | ████ |
| ███ | ████████████████ | ████ |
| | **Total Disbursements** | ████ |