UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:20-mc-24-JGB (SPx) | Date | January 28, 2021 |
|---|---|---|---|
| Title | Interior Electric Incorporated Nevada v. Melinda Beverly, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**  (In Chambers) Order Directing Respondents to Respond to the Declaration in Support of Movant's Request for Attorneys' Fees

    On January 20, 2021, movant Interior Electric Incorporated Nevada, by and through its attorney of record Chad F. Clement, filed a declaration in support of its request for attorneys' fees ("Clement Decl.") pursuant to the court's order granting movant's motion to compel compliance with its Rule 45 subpoenas.  Docket no. 12.  Movant seeks a total of $22,290.00 for attorneys' fees and costs, based on 78.1 hours of work by movant's counsel between January 23, 2020 and December 23, 2020, incurred in attempting to obtain respondents Melinda Beverly's and Schiff & Shelton's compliance with its subpoenas, and preparing for and filing the motion to compel and other related filings.  *See* Clement Decl. ¶ 13.  Movant's attorneys' fees can be broken down as follows: $7,247.50 for 22.3 hours by Chad F. Clement; $2,340.00 for 7.2 hours by Cody S. Mounteer; $9,130.00 for 33.2 hours by Jared M. Moser; $2,925.00 for 11.7 hours by Collin M. Jayne; and $647.50 for 3.7 hours by counsel's paralegal.  *Id.* ¶¶ 14-16.

    Movant indicates that despite receiving Shelton's and Beverly's Affidavits of Custodian of Record, respondents have continued their refusal to produce any of the attachments to the emails between Nevada defendant Matthew Ryba and Beverly's prior counsel, which emails Shelton had previously provided to movant's counsel Moser on October 8, 2020.  *Id.* ¶¶ 5-8.  Those attachments are represented in those emails to include, without limitation, W-2s and Schedule K-1s for movant's former key employees, who are defendants in the Nevada action, as well as various subcontracts and change orders from Ryba.  *Id.* ¶ 8.  Instead of providing the attachments at issue, respondents produced unresponsive documents, including Beverly's divorce and equalization

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:20-mc-24-JGB (SPx) | Date | January 28, 2021 |
|---|---|---|---|
| Title | Interior Electric Incorporated Nevada v. Melinda Beverly, et al. | | |

proceedings and an email with a text message attachment that was already in movant's possession, which the subpoenas at issue did not request. *Id.* ¶¶ 5, 7, 9.

Under Fed. R. Civ. P. 37(b)(2)(C), if a party fails to obey an order or permit discovery, "the court must order the disobedient party, the attorney advising the party, or both to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the failure was substantially justified or other circumstances make an award of expenses unjust." Here, despite the court's order granting movant's motion to compel compliance with its subpoenas and requiring respondents to produce all responsive documents in their possession, it appears they have continued their refusal to produce any of the attachments to the emails between Matthew Ryba and Melinda Beverly's prior counsel. Clement Decl. ¶ 13. However, it is unclear whether such attachments are within respondents' possession, custody, and control, and if respondents have produced responsive documents to the other five categories requested by the subpoenas at issue.

Accordingly, the court hereby directs respondents Melinda Beverly and Schiff & Shelton to respond to the instant declaration in support of movant's request for attorneys' fees, and to clarify whether they have produced any of the responsive documents at issue, by **February 8, 2021.**