**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
CA SBN 271161
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
*Attorney for Movant Interior Electric Incorporated Nevada*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a Nevada corporation,<br><br>                            Movant,<br><br>vs.<br><br>MELINDA BEVERLY; and SCHIFF & SHELTON, ATTORNEYS AT LAW,<br><br>                            Respondents. | Case No. 5:20-mc-00024-JGB-SP<br><br>**CERTIFICATE OF MAILING**<br><br>**[Dkt. No. 12] DECLARATION IN SUPPORT OF MOVANT'S REQUEST FOR ATTORNEY'S FEES RELATING TO MOTION TO COMPEL [Dkt. No. 11]**<br><br>**AND**<br><br>**[Dkt. No. 13] ORDER DIRECTING RESPONDENTS TO RESPOND TO THE DECLARATION IN SUPPORT OF MOVANT'S REQUEST FOR ATTORNEYS' FEES**<br><br>Related to Action Pending in the U.S. District Court for the District of Nevada, *Interior Electric Incorporated Nevada v. T.W.C. Construction, Inc. et al.*, Case No. 2:18-cv-01118-JAD-VCF |

/ / /

/ / /

/ / /

/ / /

/ / /

MAC:14814-001 4270491_1

## CERTIFICATE OF MAILING

I hereby certify that I electronically filed the foregoing **CERTIFICATE OF MAILING [Dkt. No. 12] DECLARATION IN SUPPORT OF MOVANT'S REQUEST FOR ATTORNEY'S FEES RELATING TO MOTION TO COMPEL [Dkt. No. 11] and [Dkt. No. 13] ORDER DIRECTING RESPONDENTS TO RESPOND TO THE DECLARATION IN SUPPORT OF MOVANT'S REQUEST FOR ATTORNEYS' FEES** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 5th day of February, 2021.

☒ I further certify that some of the participants in the case are not registered CM/ECF users and on February 5, 2021, I mailed the foregoing *[Dkt. No. 12] Declaration in Support of Movant's Request for Attorney's Fees Relating to Motion to Compel [Dkt. No. 11] and [Dkt. No. 13] Order Directing Respondents to Respond to the Declaration in Support of Movant's Request for Attorneys' Fees* by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Schiff & Shelton, Attorneys at Law, and
Melinda Beverly
c/o Ralph Shelton, Esq.
3700 Campus Drive, Suite 202
Newport Beach, CA 92660

*Attorney for the Subpoenaed Parties, Schiff & Shelton, Attorneys at Law, and Melinda Beverly*

/s/ *(signature)*
an employee of Marquis Aurbach Coffing

MAC:14814-001 4270491_1