**Subject:** Interior Electric v TWC Construction
**From:** Laurie Schiff <laurie@schiff-shelton.com>
**Date:** 1/23/2020, 3:08 PM
**To:** cclement@maclaw.com
**CC:** ralph@schiff-shelton.com

Dear Chad:

I just received a subpoena from you in the above entitled case.

While I would be happy to assist, I have no idea who Matthew Ryba is, nor have information regarding any of the entities named in your subpoena.  Mr. Ryba does not appear in our database nor in a simple search of our server containing client-related information.  I am copying Ralph Shelton with this email, in case he has any recollection regarding Mr. Ryba.

A search of our database shows a Mark Beverly who was the opposing party in a dissolution matter.  Any  communications regarding Mr. Beverly would be subject to the attorney/client privilege, as such communications would have been with our client, are not discoverable as they are attorney work product, or would appear in back and forth attorney correspondence (which I have briefly reviewed and makes no mention of Mr. Ryba or any of the entities. We are no longer the attorneys of record for Melinda Beverly, who was our client in that matter.

Perhaps if you can enlighten me a bit as to what specifically you may be looking for I can assist you further.

Attached please find a property profile regarding a property that was at issue in that proceeding, although all that information is a public record.

Thank you for your attention. Please let me know if I can assist you further.

Laurie

Laurie Schiff, Esq.
Schiff & Shelton
3700 Campus Drive
Suite 202
Newport Beach, CA  92660
949-417-2211
FAX 949-417-2212

PLEASE NOTE: The information contained in this transmission is intended to be sent only to the indicated recipient of the e-mail. If you are not the intended recipient or the intended recipient's agent, you are notified that we do not intend to waive any privilege that may ordinarily attach to this communication and that any dissemination, distribution, or copying is prohibited. Please notify us if you have received this email in error in as soon as possible and delete the e-mail.

---
Attachments:

First American Prop Report re 747 Main St Orange.pdf          489 KB