**Subject:** FW: RE: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]
**From:** mbeverlysrad <mbeverlysrad@aol.com>
**Date:** 6/5/2020, 2:19 PM
**To:** Attorney Ralp Sheton <ralph@schiff-shelton.com>


Sent from my T-Mobile 4G LTE Device


-------- Original message --------
From: mbeverlysrad <mbeverlysrad@aol.com>
Date: 6/5/20 2:10 PM (GMT-08:00)
To: Attorney Ralp Sheton <ralph@schiff-shelton.com>, 'mbeverlysrad' <mbeverlysrad@aol.com>
Cc: Cody Mounteer <cmounteer@maclaw.com>, "Chad F. Clement" <cclement@maclaw.com>
Subject: FW: RE: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]

Mr. Shelton
I recieved this today. Before
The covid outbreak Mr.Beverly emailed me with his usual threats to produce
More documents..I ignored him hoping he would just drop this.
I still need to address the other issue re: equalization
Please get back to me as soon as you can...
They currently dont know who my attorney is.
Thank you
Melinda Beverly


Sent from my T-Mobile 4G LTE Device


-------- Original message --------
From: "Collin M. Jayne" <Cjayne@maclaw.com>
Date: 6/5/20 11:44 AM (GMT-08:00)
To: 'mbeverlysrad' <mbeverlysrad@aol.com>
Cc: Cody Mounteer <cmounteer@maclaw.com>, "Chad F. Clement" <cclement@maclaw.com>
Subject: RE: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]


Good morning Ms. Beverly,

Thank you again for providing the communications in your previous email.  After having a chance to review them against other documents, we believe there are additional communications, including texts or emails, that you did not produce, which would be responsive to our subpoena.  Specifically, on October 8, 2018, you informed Mark Beverly that someone from TWC had contacted you about Mark Beverly and/or Interior Electric's billing practices.  Please produce these communications, including texts or emails.  In 2019, in your text exchanges with Mr. Ryba, you also reference other communications with him or someone affiliated with TWC.  Please produce these communications, including any texts or emails.

I am attaching a copy of the subpoena we sent you.  Please review the scope of the subpoena, specifically including the definitions of "Documents" and "Communications," and the applicable Date Range of our requests (see page 4 of the attached pdf).  Please send us any responsive documents or communications, including any texts or emails, that you may have missed last time, by email to me or to Mr. Mounteer or Mr. Clement who are cc'd here.  If we do not hear from you in 7 days, we will have no choice but to pursue a court order compelling you to comply.

MAC_email

**Collin M. Jayne, Esq.**

10001 Park Run Drive

Las Vegas, NV 89145

t | 702.207.6095

f | 702.382.5816

cjayne@maclaw.com

maclaw.com

P **Please consider the environment before printing this e-mail!**

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach Coffing - Attorneys at Law

**From:** mbeverlysrad <mbeverlysrad@aol.com>
**Sent:** Wednesday, February 5, 2020 9:08 PM
**To:** Collin M. Jayne <Cjayne@maclaw.com>
**Subject:** RE: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]

Good Evening

As per the cover letter

I responded by email to

 Cclement@maclaw.com

Possibly it was overlooked

Or went into junk mail…

If you have any questions you may contact me at 7144649096 between the hours of 10 am to 2.00 pm

Monday thru Friday.

Sincerely,

Melinda Beverly.

Sent from my T-Mobile 4G LTE Device

-------- Original message --------

From: "Collin M. Jayne" <Cjayne@maclaw.com>

Date: 2/5/20 5:52 PM (GMT-08:00)

To: "'mbeverlysrad@aol.com'" <mbeverlysrad@aol.com>

Cc: "Chad F. Clement" <cclement@maclaw.com>

Subject: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]

Ms. Beverly,

As you will recall, on January 23, 2020, you were served with a subpoena commanding you to produce six categories of documents in relation to the federal case titled Interior Electric Incorporated Nevada v. T.W.C. Construction, Inc., Case No. 2:18-cv-01118-JAD-VCF.  A copy of the subpoena and the affidavit of the process server are attached here.  The subpoena required you to produce certain categories of documents by 9:00 am this morning, February 5, 2020.  As of the writing of this email, you have not complied with this requirement, as no documents have been received by Barkley Court Reporting, nor by email to cclement@maclaw.com.   Please refer to the copy of Federal Rule of Civil Procedure 45 (c), (d), (e), and (g), which is attached to the subpoena, concerning your duties and rights in responding to a subpoena, and the potential consequences of failing to respond.

Please submit all documents responsive to the subpoena by 5:00 PM tomorrow, February 6, 2020.  If you fail to do so, we will have no choice but to pursue a court order compelling you to respond and/or holding you in contempt.

Thank you.


MAC_email

**Collin M. Jayne, Esq.**

10001 Park Run Drive

Las Vegas, NV 89145

t | 702.207.6095

f | 702.856.8995

cjayne@maclaw.com

maclaw.com

**P** *Please consider the environment before printing this e-mail!*

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach Coffing - Attorneys at Law

Attachments:

Subpoena to Melinda Beverly.pdf  373 KB