-------- Original message --------
From: Carrie Foglesong <cfoglesong@sullivan-law.com>
Date: 9/5/19 6:36 PM (GMT-08:00)
To: mbeverlysrad@aol.com
Cc: Shayda Nassirian <SNassirian@sullivan-law.com>, Jen Daly <jdaly@sullivan-law.com>, "Morgan A. Rivera" <mrivera@sullivan-law.com>
Subject: FW: Integrated Energy Systems -Interior Electric . Inc


For your reference.


CONFIDENTIALITY NOTICE: This message is protected by the Electronic Communications Act, 19 U.S.C. secs. 2510-2521 and is confidential and subject to privilege, including but not limited to the attorney-client privilege. The information contained in this message is intended only for the use of the above-named recipient. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure or copying of this communication, including all attachments, is strictly prohibited. If you have received this communication in error, please immediately notify us by return email and telephone at (949)390-5270. Please destroy this original message. Circular 230 Disclosure: Pursuant to recently-enacted U.S. Treasury Department Regulations, I am required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** Carrie Foglesong
**Sent:** Thursday, September 5, 2019 6:36 PM

**To:** Matt Ryba <mryba@twcconstruction.com>
**Cc:** Shayda Nassirian <SNassirian@sullivan-law.com>; Jen Daly <jdaly@sullivan-law.com>; Morgan A. Rivera <mrivera@sullivan-law.com>
**Subject:** RE: Integrated Energy Systems -Interior Electric . Inc

Dear Matt,

I had a chance to review the docs you sent over. I have also been talking to Melinda. She has reviewed and will sending me some other case materials for my review. It appears that there is at least sufficient contradictory evidence to move forward with further investigation. Melinda has a short window of opportunity to act if she is going to do so at all. The clock started ticking the day you called her. You know Melinda is trying to find a home and always has to handle health issues. I do not think she is able to support this litigation. This will require a deep dive into old data and a large undertaking for any counsel as well as for Melinda. She is trying to figure out how she can and if she wants to pursue this and I can help only so much without a being retained.

I will let you know if questions arise that you can answer and thank-you for your help.

Sincerely,

Carrie Foglesong

CONFIDENTIALITY NOTICE: This message is protected by the Electronic Communications Act, 19 U.S.C. secs. 2510-2521 and is confidential and subject to privilege, including but not limited to the attorney-client privilege. The information contained in this message is intended only for the use of the above-named recipient. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure or copying of this communication, including all attachments, is strictly prohibited. If you have received this communication in error, please immediately notify us by return email and telephone at (949)390-5270. Please destroy this original message. Circular 230 Disclosure: Pursuant to recently-enacted U.S. Treasury Department Regulations, I am required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties

under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

---

**From:** Matt Ryba <mryba@twcconstruction.com>
**Sent:** Wednesday, September 4, 2019 6:48 PM
**To:** Carrie Foglesong <cfoglesong@sullivan-law.com>
**Cc:** Shayda Nassirian <SNassirian@sullivan-law.com>; Jen Daly <jdaly@sullivan-law.com>; Morgan A. Rivera <mrivera@sullivan-law.com>
**Subject:** RE: Integrated Energy Systems -Interior Electric . Inc

[EXTERNAL EMAIL]

Carrie,

Per your request please find Cliff Andersons W-2s for 2009-2014.  You will notice that but for the minimal amount of payroll expenses paid out by Integrated Energy Systems for the year 2013 ($14,749.20), Cliff was paid by Interior Electric.  Cliff bid, negotiated the contracts, procured the materials and managed all field operation and supervision for all of the work in the sub-contracts for Integrated Energy Systems previously provided.  Cliff worked directly under my management for this work and I can personally testify to this fact.  It is clear to me that Mark Beverly over burdened Interior Electric with Gus and Cliffs payroll expenses all the while taking the profit into Integrated Systems.  I do not know how deep this runs (rent, gas, cell phones, and material expenses) but it would be enlightening to see Intergrade Energy's financials for this same period of time.  Please let me know if I can be of further assistance.

Take care

Matthew L. Ryba

*Chief Executive Officer*

TWC Construction, Inc.

431 Eastgate Road, 3rd Floor

Henderson, NV 89011

mryba@twcconstruction.com

T:  702.597.3444

F:  702.932.4868


STATEMENT OF CONFIDENTIALITY & DISCLAIMER:

The information contained in this electronic transmission (e-mail) is private and the property of TWC Construction, Inc.  This e-mail communication, and that which is transmitted herewith, is intended solely for the attention and use of the individual(s) or entity named above and may contain privileged, confidential and/or protected information such as, among other things, trade secrets, commercial information or attorney-client communications.  If the reader of this message is not the intended recipient, or is not authorized to receive it for or from the intended recipient, you are hereby notified that any unauthorized review, use, dissemination, distribution, retention, or copying of any part of this communication, and that which is transmitted herewith, is strictly prohibited.  If this communication is received by you in error, please immediately notify us by telephone or by replying to the sender of this e-mail and delete or discard all electronic and hard copies of this communication.  You may contact TWC Construction, Inc. at (702) 597-3444.

Please note that internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.  TWC Construction, Inc. does not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of the e-mail transmission.

---

**From:** Matt Ryba
**Sent:** Sunday, September 1, 2019 1:40 PM
**To:** Carrie Foglesong <cfoglesong@sullivan-law.com>
**Cc:** Shayda Nassirian <SNassirian@sullivan-law.com>; Jen Daly <jdaly@sullivan-law.com>; Morgan A. Rivera <mrivera@sullivan-law.com>
**Subject:** RE: Integrated Energy Systems -Interior Electric . Inc


Carrie,

Per your request.  Attached please find Gus's W-2s and K-1s.  I have requested from Gus the W2's for 2013 1nd 2014.   I have reached out to Cliff Anderson the x second in command of Interior Electric Incorporated of Nevada for copies of his W-2s for the same period.  This is a clear example that all the payroll expense for Gus for the years 2011 and 2012 were charged to Interior Electric Incorporated yet the work he supervised per the previously sent Subcontracts was subcontracted to Integrated Energy Systems.  I would not be surprised that after you obtain all of the payroll records (field personal as well)  for that period of time that the field personal were paid following the same practice.  This paints and interesting picture.  During the same period of time that Mark Beverly was providing financial information on Interior Electric claiming economic hardship Mark was directing TWC to deduct scopes

of work out of Interior Electric Inc and requested and received sub-contracts to Integrated Energy Systems.  Even more notable is that no work was bid by or contracted to Integrated Energy Systems after 2013 by/from TWC.  Let me know if you have any questions.


Take care.


Matthew L. Ryba

*Chief Executive Officer*

TWC Construction, Inc.


431 Eastgate Road, 3rd Floor

Henderson, NV 89011

[mryba@twcconstruction.com](mryba@twcconstruction.com)

T:  702.597.3444

F:  702.932.4868

STATEMENT OF CONFIDENTIALITY & DISCLAIMER:

The information contained in this electronic transmission (e-mail) is private and the property of TWC Construction, Inc.  This e-mail communication, and that which is transmitted herewith, is intended solely for the attention and use of the individual(s) or entity named above and may contain privileged, confidential and/or protected information such as, among other things, trade secrets, commercial information or attorney-client communications.  If the reader of this message is not the intended recipient, or is not authorized to receive it for or from the intended recipient, you are hereby notified that any unauthorized review, use, dissemination, distribution, retention, or copying of any part of this communication, and that which is transmitted herewith, is strictly prohibited.  If this communication is received by you in error, please immediately notify us by telephone or by replying to the sender of this e-mail and delete or discard all electronic and hard copies of this communication.  You may contact TWC Construction, Inc. at (702) 597-3444.

Please note that internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.  TWC Construction, Inc. does not accept responsibility for any errors or omissions that are

present in this message, or any attachment, that have arisen as a result of the e-mail transmission.

**From:** Carrie Foglesong <cfoglesong@sullivan-law.com>
**Sent:** Monday, August 26, 2019 1:04 PM
**To:** Matt Ryba <mryba@twcconstruction.com>
**Cc:** Shayda Nassirian <SNassirian@sullivan-law.com>; Jen Daly <jdaly@sullivan-law.com>; Morgan A. Rivera <mrivera@sullivan-law.com>
**Subject:** RE: Integrated Energy Systems -Interior Electric . Inc

Matt,

Yes, thank-you this came through with several attachments. I am preparing for a trial tomorrow so I likely will not review this in full until Wednesday. Will let you know if I need any follow-up.

Sincerely,

Carrie

cid:image001.png@01D560C7.2DFE0C00

CONFIDENTIALITY NOTICE: This message is protected by the Electronic Communications Act, 19 U.S.C. secs. 2510-2521 and is confidential and subject to privilege, including but not limited to the attorney-client privilege. The information contained in this message is intended only for the use of the above-named recipient. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure or copying of this communication, including all attachments, is strictly prohibited. If you have received this communication in error, please immediately notify us by return email and telephone at (949)390-5270. Please destroy this original message. Circular 230 Disclosure: Pursuant to recently-enacted U.S. Treasury Department Regulations, I am required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** Matt Ryba <mryba@twcconstruction.com>
**Sent:** Monday, August 26, 2019 12:50 PM
**To:** Carrie Foglesong <cfoglesong@sullivan-law.com>
**Subject:** FW: Integrated Energy Systems -Interior Electric . Inc

[EXTERNAL EMAIL]

Carrie,

I just want to make sure you received this email.  The original email I sent got kicked back so I not sure if the second chance made it thru.   On a separate note, Gus can speak to how the staff and other expenses (Rent, gas, trucks, etc.) in las Vegas was paid by Interior Electric Inc. while IE Systems enjoyed the benefit of receiving the cash assets.

Let me know if you have any questions.

Matthew L. Ryba

*Chief Executive Officer*

TWC Construction, Inc.

431 Eastgate Road, 3rd Floor

Henderson, NV 89011

mryba@twcconstruction.com

T:  702.597.3444

F:  702.932.4868

STATEMENT OF CONFIDENTIALITY & DISCLAIMER:

The information contained in this electronic transmission (e-mail) is private and the property of TWC Construction, Inc.  This e-mail communication, and that which is transmitted herewith, is intended solely for the attention and use of the individual(s) or entity named above and may contain privileged, confidential and/or protected information such as, among other things, trade secrets, commercial information or attorney-client communications.  If the reader of this message is not the intended recipient, or is not authorized to receive it for or from the intended recipient, you are hereby notified that any unauthorized review, use, dissemination, distribution, retention, or copying of any part of this communication, and that which is transmitted herewith, is strictly prohibited.  If this communication is received by you in error, please immediately notify us by telephone or by replying to the sender of this e-mail and delete or discard all electronic and hard copies of this communication.  You may contact TWC Construction, Inc. at (702) 597-3444.

Please note that internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.  TWC Construction, Inc. does not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of the e-mail transmission.

**From:** Matt Ryba
**Sent:** Friday, August 23, 2019 4:17 PM
**To:** Carrie Foglesong (Cfoglesong@Sullivan-law.com) <Cfoglesong@Sullivan-law.com>
**Cc:** David Blackwood <DBlackwood@twcconstruction.com>; Gus Baquerizo <Gus@dustinindustries.com>; Matt Ryba <mryba@twcconstruction.com>
**Subject:** FW: Integrated Energy Systems -Interior Electric . Inc


Carrie,

It was a pleasure speaking with you today.  Attached you will find all of the Subcontracts and Change Orders that were issued to Integrated Energy Systems.  Also Included is a copy of the Subcontract that was issue to Interior Electric . Inc and change orders to this contract, Project name: 430 Parkson Solar Installation (First two attachments) .  Change order # 3 in the amount of $981,300.78 was issued to the Interior Electric for the addition of the Solar scope.  After Change Order #3 was issued and approved on 9/6/11. Mark Beverly called and asked is we could remove the scope back out of the contract and issue a separate contract to Integrated Energy Systems.  This was accomplished by issuing Change Order #4  to Interior Electric Inc a deduct of ($981,300.78), approved on 10/19/19.  Then a subcontract was issued Integrated Energy Systems in the amount of $981,300.78. (Third Attachment).  The balance of the attachments are the Subcontracts and Change Orders that were issued to Integrated Energy Systems for all projects between 2011-2013.


Contracts Issued to Integrated Energy Systems:

1. Project Number 1-11-008-00  : 430 Parkson Solar Installation         Final Contract Amount   $ 1,239,578.12
2. Project Number 1-11-027-00  : Renewable Energy Systems-LVC         Final Contract Amount   $    22,237.25
3. Project Number 1-12-015-00  : ProCaps Solar Reps & Replacement     Final Contract Amount   $  182,465.15
4. Project Number 1-12-022-00  : Solar Upgrade 431 Eastgate            Final Contract Amount   $  227,614.00
5. Project Number 1-13-018-00  : AML Solar Expansion                   Final Contract Amount   $   819,947.17

                                                  Total         $ 2,491,841.69

David Blackwood, copied above is my assistant and can respond to any questions or additional information you may need.  Also attached is Gus Baquerizo business card.  I am not sure if his address is correct because I understand he moved offices recently.  Gus is also copied on this email so you may reach out to him directly. Gus managed all Nevada operations for Mark Beverly for the past 20 years.  Goodluck.

Matthew L. Ryba

*Chief Executive Officer*

TWC Construction, Inc.

431 Eastgate Road, 3rd Floor

Henderson, NV 89011

[mryba@twcconstruction.com](mryba@twcconstruction.com)

T:  702.597.3444

F:  702.932.4868

STATEMENT OF CONFIDENTIALITY & DISCLAIMER:

The information contained in this electronic transmission (e-mail) is private and the property of TWC Construction, Inc.  This e-mail communication, and that which is transmitted herewith, is intended solely for the attention and use of the individual(s) or entity named above and may contain privileged, confidential and/or protected information such as, among other things, trade secrets, commercial information or attorney-client communications.  If the reader of this message is not the intended recipient, or is not authorized to receive it for or from the intended recipient, you are hereby notified that any unauthorized review, use, dissemination, distribution, retention, or copying of any part of this communication, and that which is transmitted herewith, is strictly prohibited.  If this communication is received by you in error, please immediately notify us by telephone or by replying to the sender of this e-mail and delete or discard all electronic and hard copies of this communication.  You may contact TWC Construction, Inc. at (702) 597-3444.

Please note that internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.  TWC Construction, Inc. does not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of the e-mail transmission.

**[EXTERNAL EMAIL]**

This email originated from outside of your organization. Do not click links or open attachments in this email unless you identify the email sender as a valid external sender and have a high degree of confidence that the email's content is safe. If you instead identify the email sender as an internal sender, but the email has been tagged as being from an external sender, DO NOT TAKE ANY ACTION on this email and notify IT support immediately; this is likely a spear phishing attack.

**[EXTERNAL EMAIL]**

This email originated from outside of your organization. Do not click links or open attachments in this email unless you identify the email sender as a valid external sender and have a high degree of confidence that the email's content is safe. If you instead identify the email sender as an internal sender, but the email has been tagged as being from an external sender, DO NOT TAKE ANY ACTION on this email and notify IT support immediately; this is likely a spear phishing attack.