**Subject:** RE: [External] Re: [External] Re: [External] Re: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]
**From:** "Collin M. Jayne" <Cjayne@maclaw.com>
**Date:** 6/12/2020, 5:17 PM
**To:** "'ralph@schiff-shelton.com'" <ralph@schiff-shelton.com>
**CC:** "Chad F. Clement" <cclement@maclaw.com>, Cody Mounteer <cmounteer@maclaw.com>

Mr. Shelton,

I tried to call this morning and was told you were unavailable.  I think it would be more productive if we schedule a time for next week.  When would you be available on Monday or Tuesday?

Also, so that we are on the same page of what we want to discuss, I am attaching several things here:

- First, I'm attaching the subpoenas we sent to Melinda and to your firm, which ask for any communications with Matt Ryba, TWC Construction, or any person affiliated with TWC Construction, regarding Mark Beverly, Interior Electric, or any other person affiliated with Interior Electric.
- Second, I'm attaching Melinda's response, which contained only a short, five-text conversation between her and Matthew Ryba dated August 2019.
- Third, I'm attaching the response from Laurie Schiff, essentially stating that she did not know who we were talking about, and thus your firm has no responsive documents.  In a follow-up conversation with Chad Clement from my office, Ms. Schiff confirmed that your firm had not received any communications from TWC Construction.  Other than being cc'd on her email, I do not know if you were involved in that discussion.
- Fourth, we know that our client, Mark Beverly, received several texts from Melinda in the past that establish, pretty obviously, that there are more communications that were not produced.  We have found at least two instances of this:
    - On October 8, 2018, Melinda texted Mark stating that someone from TWC Construction had contacted her about Mark Beverly and/or Interior Electric's billing practices.  It is reasonable to believe that such detailed information was given in writing, rather than via a phone call.  Those 2018 texts are attached here.
    - In October 2019, Melinda emailed Mark stating that her attorney had received "many documents."
    - In January 2020, Melinda texted Mark screenshots of a communication that is plainly from someone with intimate knowledge of TWC and Interior Electric's work together.  She informed Mark that this was only "part of the information I received," and that it was "just a snippet of what was sent to the attorney…"  These 2020 texts, including the screenshots she sent to Mark, are also attached here.

My following up with Melinda this week is based on the text messages and emails detailed above, which give us good cause to believe that she has not produced all responsive documents.  Further, because she stated that at least some communications were sent to her attorney, we have reason to believe that you may have some communications that are responsive (and I realize that Ms. Schiff may simply not have known about them in January).  This is what we would like to discuss on our call.

Please let me know what your availability is.  I look forward to resolving this with you soon.



**Collin M. Jayne, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6095
f | 702.382.5816
cjayne@maclaw.com
maclaw.com

P Please consider the environment before printing this e-mail!

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach Coffing - Attorneys at Law

---

**From:** Ralph C. Shelton II, Esq. <ralph@schiff-shelton.com>
**Sent:** Thursday, June 11, 2020 4:59 PM
**To:** Collin M. Jayne <Cjayne@maclaw.com>
**Subject:** [External] Re: [External] Re: [External] Re: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]


It would. I'll be in the office after 10, and in and out with conference calls and a lunch meeting. If needed you can catch me on my mobile at 714-269-8359

```
Ralph C. Shelton II, Esq.
SCHIFF & SHELTON
3700 Campus Drive
Suite 202
Newport Beach, CA 92660
(949)417-2211
(949)417-2212 Fax

Privileged And Confidential Communication:  This email and any attachments (1) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521),
(2) may contain confidential or legally privileged information, and (3) are for the sole use of the intended recipient named above.  If you receive this email in error,
please notify the sender and delete. Any disclosure, copying, distribution, or use of information received in error is strictly prohibited. Tax advice disclosure:
To ensure compliance with Treasury Department Circular 230, we inform you that unless otherwise specified, any federal tax advice contained in this email
or any attachments is not intended for and cannot be used for the purpose of (1) avoiding penalties under the IRS Code or (2) promoting, marketing or recommending to
another party any matters addressed herein.
```
On 6/11/2020 4:30 PM, Collin M. Jayne wrote:

> Understood.  I should be in the office all day tomorrow, what would be a good time for me to call?



**Collin M. Jayne, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6095
f | 702.382.5816
cjayne@maclaw.com
maclaw.com

P Please consider the environment before printing this e-mail!

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach Coffing - Attorneys at Law

---

**From:** Ralph C. Shelton II, Esq. <ralph@schiff-shelton.com>
**Sent:** Thursday, June 11, 2020 11:40 AM
**To:** Collin M. Jayne <Cjayne@maclaw.com>
**Subject:** [External] Re: [External] Re: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]


I do, and I think we should discuss it.

```
Ralph C. Shelton II, Esq.
SCHIFF & SHELTON
3700 Campus Drive
Suite 202
Newport Beach, CA 92660
(949)417-2211
(949)417-2212 Fax

Privileged And Confidential Communication:  This email and any attachments (1) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521),
(2) may contain confidential or legally privileged information, and (3) are for the sole use of the intended recipient named above.  If you receive this email in error,
please notify the sender and delete. Any disclosure, copying, distribution, or use of information received in error is strictly prohibited. Tax advice disclosure:
To ensure compliance with Treasury Department Circular 230, we inform you that unless otherwise specified, any federal tax advice contained in this email
or any attachments is not intended for and cannot be used for the purpose of (1) avoiding penalties under the IRS Code or (2) promoting, marketing or recommending to
another party any matters addressed herein.
```
On 6/11/2020 10:18 AM, Collin M. Jayne wrote:

Good morning Mr. Shelton, I apologize for the phone tag yesterday. I was only calling in the first place to follow up on my email which you replied to below—we are trying to follow up on our subpoena to Melinda Beverly, and I am wondering if you represent her in that regard, or if I can communicate with her directly. Please advise. Thanks.



**Collin M. Jayne, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6095
f | 702.382.5816
cjayne@maclaw.com
maclaw.com

P Please consider the environment before printing this e-mail!

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach Coffing - Attorneys at Law

---

**From:** Ralph C. Shelton II, Esq. <ralph@schiff-shelton.com>
**Sent:** Wednesday, June 10, 2020 2:57 PM
**To:** Collin M. Jayne <Cjayne@maclaw.com>
**Subject:** [External] Re: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]

Mr. Jayne -

I attempted to return your call, but that was not successful. Please call me back this afternoon. I am scheduled for a conference at 3:00, and will be available after 4:00.

```
Ralph C. Shelton II, Esq.
SCHIFF & SHELTON
3700 Campus Drive
Suite 202
Newport Beach, CA 92660
(949)417-2211
(949)417-2212 Fax

Privileged And Confidential Communication:  This email and any attachments (1) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521),
(2) may contain confidential or legally privileged information, and (3) are for the sole use of the intended recipient named above.  If you receive this email in error,
please notify the sender and delete. Any disclosure, copying, distribution, or use of information received in error is strictly prohibited. Tax advice disclosure:
To ensure compliance with Treasury Department Circular 230, we inform you that unless otherwise specified, any federal tax advice contained in this email
or any attachments is not intended for and cannot be used for the purpose of (1) avoiding penalties under the IRS Code or (2) promoting, marketing or recommending to
another party any matters addressed herein.
```

On 6/8/2020 12:09 PM, Collin M. Jayne wrote:

Good afternoon Mr. Shelton,

Can you please confirm whether you represent Melinda Beverly on this matter? I am trying to follow my ethical responsibilities as to who I can communicate with. Please let me know as soon as convenient.

Thanks.



**Collin M. Jayne, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6095
f | 702.382.5816
cjayne@maclaw.com
maclaw.com

P Please consider the environment before printing this e-mail!

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach Coffing - Attorneys at Law

---

**From:** mbeverlysrad <mbeverlysrad@aol.com>
**Sent:** Friday, June 5, 2020 2:11 PM
**To:** Attorney Ralp Sheton <ralph@schiff-shelton.com>; 'mbeverlysrad' <mbeverlysrad@aol.com>
**Cc:** Cody Mounteer <cmounteer@maclaw.com>; Chad F. Clement <cclement@maclaw.com>
**Subject:** [External] FW: RE: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]

Mr. Shelton
I recieved this today. Before
The covid outbreak Mr.Beverly emailed me with his usual threats to produce
More documents..I ignored him hoping he would just drop this.
I still need to address the other issue re: equalization
Please get back to me as soon as you can...
They currently dont know who my attorney is.
Thank you
Melinda Beverly


Sent from my T-Mobile 4G LTE Device


-------- Original message --------
**From:** "Collin M. Jayne" <Cjayne@maclaw.com>
**Date:** 6/5/20 11:44 AM (GMT-08:00)
**To:** 'mbeverlysrad' <mbeverlysrad@aol.com>
**Cc:** Cody Mounteer <cmounteer@maclaw.com>, "Chad F. Clement" <cclement@maclaw.com>
**Subject:** RE: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]

Good morning Ms. Beverly,

Thank you again for providing the communications in your previous email. After having a chance to review them against other documents, we believe there are additional communications, including texts or emails, that you did not produce, which would be responsive to our subpoena. Specifically, on October 8, 2018, you informed Mark Beverly that someone from TWC had contacted you about Mark Beverly and/or Interior Electric's billing practices. Please produce these communications, including texts or emails. In 2019, in your text exchanges with Mr. Ryba, you also reference other communications with him or someone affiliated with TWC. Please produce these communications, including any texts or emails.

I am attaching a copy of the subpoena we sent you. Please review the scope of the subpoena, specifically including the definitions of "Documents" and "Communications," and the applicable Date Range of our requests (see page 4 of the attached pdf). Please send us any responsive documents or communications, including any texts or emails, that you may have missed last time, by email to me or to Mr. Mounteer or Mr. Clement who are cc'd here. If we do not hear from you in 7 days, we will have no choice but to pursue a court order compelling you to comply.

**Collin M. Jayne, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6095
f | 702.382.5816
cjayne@maclaw.com
maclaw.com

P Please consider the environment before printing this e-mail!

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach Coffing - Attorneys at Law

---

**From:** mbeverlysrad <mbeverlysrad@aol.com>
**Sent:** Wednesday, February 5, 2020 9:08 PM
**To:** Collin M. Jayne <Cjayne@maclaw.com>
**Subject:** RE: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]

Good Evening
As per the cover letter
I responded by email to
 Cclement@maclaw.com
Possibly it was overlooked
Or went into junk mail...
If you have any questions you may contact me at 7144649096 between the hours of 10 am to 2.00 pm
Monday thru Friday.
Sincerely,
Melinda Beverly.


Sent from my T-Mobile 4G LTE Device


-------- Original message --------
From: "Collin M. Jayne" <Cjayne@maclaw.com>
Date: 2/5/20 5:52 PM (GMT-08:00)
To: "'mbeverlysrad@aol.com'" <mbeverlysrad@aol.com>
Cc: "Chad F. Clement" <cclement@maclaw.com>
Subject: Interior Electric v. TWC Construction - subpoena response overdue [IWOV-iManage.FID1012198]

Ms. Beverly,

As you will recall, on January 23, 2020, you were served with a subpoena commanding you to produce six categories of documents in relation to the federal case titled Interior Electric Incorporated Nevada v. T.W.C. Construction, Inc., Case No. 2:18-cv-01118-JAD-VCF.  A copy of the subpoena and the affidavit of the process server are attached here.  The subpoena required you to produce certain categories of documents by 9:00 am this morning, February 5, 2020.  As of the writing of this email, you have not complied with this requirement, as no documents have been received by Barkley Court Reporting, nor by email to cclement@maclaw.com.  Please refer to the copy of Federal Rule of Civil Procedure 45 (c), (d), (e), and (g), which is attached to the subpoena, concerning your duties and rights in responding to a subpoena, and the potential consequences of failing to respond.

Please submit all documents responsive to the subpoena by 5:00 PM tomorrow, February 6, 2020.  If you fail to do so, we will have no choice but to pursue a court order compelling you to respond and/or holding you in contempt.

Thank you.


MAC_email

**Collin M. Jayne, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6095
f | 702.856.8995
cjayne@maclaw.com
maclaw.com

P Please consider the environment before printing this e-mail!

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach Coffing - Attorneys at Law

---

Attachments:

| | |
|---|---|
| 2020-01-16 Notice of Intent to Issue Subpoenas Duces Tecum - Melinda Beverly & Schiff & Shelton, Attorneys at Law.PDF | 938 KB |
| Melinda Bevery Response to Subpoena 2020-02-06.pdf | 138 KB |
| Laurie Schiff Response to Subpoena 2020-01-23.pdf | 138 KB |
| Melinda Mark texts 2018.pdf | 4.7 MB |
| October 2019 Melinda email.pdf | 99.6 KB |
| 2020 texts from Melinda.pdf | 621 KB |