**Ralph C. Shelton II, Esq. 132757**
**Laurie Schiff. Esq. 140455**
**Schiff & Shelton**
Attorneys at Law
3700 Campus Drive, Suite 202
Newport Beach, California 92660
Telephone: (949) 417-2211

Attorneys for Melinda Beverley

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED, a Nevada Corporation,<br><br>Movant,<br><br>vs.<br><br>MELINDA BEVERLEY; and SCHIFF & SHELTON, ATTORNEYS AT LAW,<br><br>Respondent.<br><br>_____ | Case No. 5:20-mc-0024-JGB-SP<br><br>DECLARATION REGARDING LACK OF SERVICE OF MOVANT'S DECLARATION [ECF NO. 11]<br><br>Underlying case:<br>Interior Electric Incorporated Nevada v. T.W.C. Construction, Inc. et al., No. 2:18-cv-01118-JAD-VCF (D. Nev.) |

I, Ralph C. Shelton II, declare as follows:

1. I am an attorney at law, duly admitted before this Court, and am a member of the firm of Schiff & Shelton. The facts stated herein are true and correct and of my own personal knowledge such that if called to testify to the same I could and would competently so testify. This firm represents Melinda Beverly regarding the underlying subpoena for records.

2. We recently received the court's order [Doc. 13] that we file a declaration by February 8, and complied with that order. In the order, reference was made to the declaration of Chad Clement filed January 20, 2021 [Doc. 12]. Having not received that declaration, I obtained one from the court via electronic means.

3. On February 10, 2021, I received an envelope from Marquis Aurbach Coffing, bearing a postage meter indicating that postage had been affixed thereto on February 5, 2021. A true and correct copy of that envelope is attached. In the envelope was the declaration of Chad Clement [Doc 11] and a certificate of mailing, indicating that mailing occurred on January 20, 2021. Apparently, the reason I had not seen this declaration prior to the court's minute order [Doc 13] was that it was mailed February 5, 2021, not January 20, 2021.

3. I felt that this should be brought to the court's attention.

I declare under penalty of perjury that the foregoing is true and correct. Executed February 12, 2020, at Newport Beach, California.

/s/ Ralph C. Shelton II
Ralph C. Shelton II