$ 002.60⁰

MARQUIS AURBACH
COFFING
10001 Park Run Drive • Las Vegas, NV 89145

Schiff & Shelton, Attorneys at Law
and Melinda Beverly
c/o Ralph Shelton, Esq.
3700 Campus Drive, Suite 202
Newport Beach, CA 92660