UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:20-mc-24-JGB (SPx) | Date | February 24, 2021 |
|---|---|---|---|
| Title | Interior Electric Incorporated Nevada v. Melinda Beverly, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order Directing Movant to Clarify its Attorneys' Hourly Rates**

On January 20, 2021, movant Interior Electric Incorporated Nevada, by and through its attorney of record Chad F. Clement, filed a declaration in support of its request for attorneys' fees ("Clement Decl.") pursuant to the court's order granting movant's motion to compel compliance with its Rule 45 subpoenas. Docket no. 12. Movant seeks a total of $22,290.00 for attorneys' fees and costs, based on 78.1 hours of work by movant's counsel between January 23, 2020 and December 23, 2020, incurred in attempting to obtain respondents Melinda Beverly's and Schiff & Shelton's compliance with its subpoenas, and preparing for and filing the motion to compel and other related filings. *See* Clement Decl. ¶ 13. Movant's attorneys' fees can be broken down as follows: $7,247.50 for 22.3 hours by Chad F. Clement; $2,340.00 for 7.2 hours by Cody S. Mounteer; $9,130.00 for 33.2 hours by Jared M. Moser; $2,925.00 for 11.7 hours by Collin M. Jayne; and $647.50 for 3.7 hours by counsel's paralegal. *Id.* ¶¶ 14-16.

Although movant's counsel does not state what his or the other attorneys' hourly rates are, his breakdown of their attorneys' fees indicate that Chad F. Clement's and Cody S. Mounteer's hourly rate is $325, Jared M. Moser's hourly rate is $275, and Collin M. Jayne's hourly rate is $250. *See id.* ¶ 14. The court notes, however, that these hourly rates appear to be inconsistent with the hourly rates listed in movant's counsel's invoice. For example, the invoice indicates that Chad F. Clement and Cody S. Mounteer charge $100 for 0.4 hours of work, which would suggest that their hourly rate would be $250 as opposed to $325. *See id.*, Ex. 1 at 3, 6. Likewise, the invoice indicates that Jared M. Moser charges $250 for an hour of work as opposed to $275. *See id.*, Ex. 1 at 20. Collin

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:20-mc-24-JGB (SPx) | Date | February 24, 2021 |
|---|---|---|---|
| Title | Interior Electric Incorporated Nevada v. Melinda Beverly, et al. | | |

M. Jayne's hourly rate is the only one that appears to be consistent with the breakdown of attorneys' fees in the declaration. *See id.*, Ex. 1 at 20.

    Accordingly, the court hereby directs movant to file a declaration clarifying its attorneys' hourly rates, by **March 3, 2021.**