**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
CA SBN 271161
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
*Attorney for Movant Interior Electric Incorporated Nevada*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| INTERIOR ELECTRIC INCORPORATED NEVADA, a Nevada corporation,<br><br>Movant,<br><br>vs.<br><br>MELINDA BEVERLY; and SCHIFF & SHELTON, ATTORNEYS AT LAW,<br><br>Respondents. | Case No. 5:20-mc-00024-JGB-SP<br><br>**DECLARATION OF CHAD F. CLEMENT, ESQ. CLARIFYING ATTORNEYS' HOURLY RATES**<br><br>Related to Action Pending in the U.S. District Court for the District of Nevada, *Interior Electric Incorporated Nevada v. T.W.C. Construction, Inc. et al.*, Case No. 2:18-cv-01118-JAD-VCF |

Pursuant to the Court's February 24, 2021 Minute Order [Dkt. No. 19], Movant Interior Electric Incorporated Nevada ("Movant"), by and through its attorney of record, Chad F. Clement, Esq., of the law firm of Marquis Aurbach Coffing, hereby submits its Declaration of Chad F. Clement, Esq. Clarifying Attorneys' Hourly Rates.

I, Chad F. Clement, Esq., declare, pursuant to 28 U.S.C. § 1746 and Cal. Civ. Code § 2015.5, under penalty of perjury under the laws of the State of California, that the following is true and correct:

/ / /

MAC:14814-001 4287707_1

1. I am a Shareholder with the law firm of Marquis Aurbach Coffing ("MAC"), duly licensed to practice law in the State of California, am over the age of 18 years, and I have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true. I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

2. I am counsel for Movant Interior Electric Incorporated Nevada ("Movant") in the instant matter, and in the underlying matter to which this matter relates, *Interior Electric Incorporated Nevada v. T.W.C. Construction, Inc. et al.*, Case No. 2:18-cv-01118-JAD-VCF (D. Nev.) (the "Nevada Action").

3. I make this Declaration in response to the Court's request for clarification of Movant's attorneys' hourly rates.

4. The Court is correct in its observation that my standard hourly rate is $325/hour; the standard hourly rate of Cody S. Mounteer, Esq. is $325/hour; the standard hourly rate of Jared M. Moser, Esq. is $275/hour; and, the standard hourly rate of Collin M. Jayne, Esq. is $250/hour. These are the standard rates we charge on most, if not nearly all of our files.

5. In this case, however, my colleagues and I are representing Movant at a reduced rate whereby all attorneys are billed at the same rate of $250/hour. As this Court is aware, this case is an off shoot of the Nevada Action, which is a large, complex, and voluminous case. In anticipation of the volume of work it would take to advance the Nevada Action to trial, and in an effort to assist Movant to have the financial wherewithal to advance the case against much bigger adversaries, MAC reduced its standard hourly rates.

/ / /

/ / /

/ / /

MAC:14814-001 4287707_1

6. MAC's reduction of its standard hourly rates was inadvertently unaccounted for in the Declaration [Dkt. No. 12] previously submitted.

Dated this 26th day of February, 2021.

By   /s/ Chad F. Clement
*Counsel for Movant, Interior Electric Incorporated Nevada*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14814-001 4287707_1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DECLARATION OF CHAD F. CLEMENT, ESQ. CLARIFYING ATTORNEYS' HOURLY RATES** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 26th day of February, 2021.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Schiff & Shelton, Attorneys at Law, and
Melinda Beverly
c/o Ralph Shelton, Esq.
3700 Campus Drive, Suite 202
Newport Beach, CA 92660

*Attorney for the Subpoenaed Parties, Schiff & Shelton, Attorneys at Law, and for Melinda Beverly*

/s/ Lennie Fraga
an employee of Marquis Aurbach Coffing

MAC:14814-001 4287707_1