| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUL 11 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MELINDA BEVERLY; SCHIFF AND SHELTON, Attorneys at Law,

        Respondents-Appellants,

 v.

INTERIOR ELECTRIC INCORPORATED NEVADA,

        Movant-Appellee.

No.   21-55645

D.C. No. 5:20-mc-00024-JGB-SP
Central District of California, Riverside

ORDER

Before:   Lisa B. Fitzgerald, Appellate Commissioner.

Appellant Schiff and Shelton's motion (Docket Entry No. 18) for an extension of time to file the opening brief is granted. The extension applies to all appellants.

The opening briefs are due July 22, 2022. The answering brief is due August 22, 2022. The optional reply briefs are due within 21 days after service of the answering brief.

Appellee's motion (Docket Entry No. 19) to dismiss for failure to prosecute as to appellant Melinda Beverly is denied.

SSR/Pro Mo